| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Eric Bensamochan, Esq. SBN 255482** **2566 Overland Ave. Suite 650** **Los Angeles, CA 90054** eric@eblawfirm.us **(818) 574-5740 Fax: (818) 961-0138** **SBN 255482 CA** eric@eblawfirm.us | |

☐ Individual appearing without attorney
☑ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: | |
|---|---|
| **Orange Courier, Inc.** | CASE NO.:**2:25-bk-20443-DS** CHAPTER: **11** |
| Debtor(s). | **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS** **[LBR 1007-1(c)]** |

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☑ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B        ☐ Schedule C        ☑ Schedule D        ☑ Schedule E/F        ☐ Schedule G
☐ Schedule H          ☐ Schedule I        ☐ Schedule J        ☐ Schedule J-2        ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Number(s)        ☐ Statement of intentions        ☐ Master Mailing List
☐ Other *(specify)*

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:   12/22/2025

*(signature)*

**Evell Tara Stanley**
Debtor 1 Signature

Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE**:   It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*

F 1007-1.1.AMENDED.SUMMARY

**Fill in this information to identify the case:**

Debtor name __**Orange Courier, Inc.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) __**2:25-bk-20443-DS**__

■ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
| --- | --- | --- | --- |
| **2.1  968 W Veterans Realty LLC** Creditor's Name **dba Aspire Funding Platf 1545 U.S. 202 Suite 101 Pomona, NY 10970** Creditor's mailing address | Describe debtor's property that is subject to a lien **90 days or less: Acount Receivable 90 days old or less** | **$160,984.54** | **$2,777,842.08** |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**Orange Courier Inc.**

Describe the lien
**UCC Lien - Secured Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. 968 W Veterans Realty LLC**
**2. Credible**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2  Blue Bridge Financial, Inc.** Creditor's Name **11921 Freedom Drive, Ste 1130 Reston, VA 20190** Creditor's mailing address | Describe debtor's property that is subject to a lien **Creditor** | $3,559.11 | $0.00 |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**Orange Courier, Inc.**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

| Debtor | **Orange Courier, Inc.** | | Case number (if known) | **2:25-bk-20443-DS** |
|---|---|---|---|---|
| | Name | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Blue Rock Capital Group** | **Describe debtor's property that is subject to a lien** | $32,625.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Steven Zakharyayev, Esq.**
**The law Office of Steven Zakharyay**
**10 W 37th Street, FL 10**
**New York, NY 10018**

Creditor's mailing address

**All accounts receivable, receipts, instruments, contract rights, patents, chattel paper, licenses, leases, general intangibles, and all books and records relating thereto, whether now owned or hereafter acquired, subject to the UCC-1 lien.**

**Describe the lien**
**UCC Lien/Complaint**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**LegalDepartment@Empire**
**Recover.com**

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**11/19/2025**
**Last 4 digits of account number**
**5435**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Cali Flower Capital, Inc.** | **Describe debtor's property that is subject to a lien** | $325,000.00 | $3,255,508.10 |
|---|---|---|---|---|

Creditor's Name

**Naftali Nathan Wein, Esq.**
**333 Pearsall Avenue, Suite 130**
**Cedarhurst, NY 11516**

Creditor's mailing address

**Over 90 days old: Account Receivable over 90 days old**

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**Orange Courier**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. Cali Flower Capital, Inc.** | ☐ Disputed |
| **2. Dinasty Capital 26, LLC** | |
| **3. MNY Capital LLC** | |

---

| 2.5 | **Credible** | **Describe debtor's property that is subject to a lien** | $985,000.00 | $2,777,842.08 |
|---|---|---|---|---|

| Debtor | **Orange Courier, Inc.** | | Case number (if known) | **2:25-bk-20443-DS** |
|---|---|---|---|---|
| | Name | | | |

| Creditor's Name | **90 days or less: Account Receivable 90 days old or less** |
|---|---|
| **6945 Northpark Blvd. Suite L** | |
| **Charlotte, NC 28216-0079** | |
| Creditor's mailing address | **Describe the lien** |
| | **Secured Loan** |

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**Orange Courier Inc.**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Specified on line 2.1**

---

| 2.6 | **Dinasty Capital 26, LLC** | Describe debtor's property that is subject to a lien | $789,000.00 | $3,255,508.10 |
|---|---|---|---|---|
| | Creditor's Name | **Over 90 days old: Account Receivable over 90 days old** | | |
| | **700 Canal St., !st. Floor Stamford, CT 06902** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Secured Loan** | | |

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**Orange Courier, Inc.**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Specified on line 2.4**

---

| 2.7 | **Enterprise Rent A Car Co of** | Describe debtor's property that is subject to a lien | $120,607.91 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Rental agreements secured by trucks. The trucks serve as collateral for the amounts owed under the rental agreements.** | | |
| | **Los Angeles LLC 8734 Bellanca Ave. Los Angeles, CA 90045** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Lease Agreement** | | |

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**Orange Courier, Inc.**

---

| Debtor | **Orange Courier, Inc.** | Case number (if known) | **2:25-bk-20443-DS** |
|---|---|---|---|
| | Name | | |

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Envision Capital Group Llc.** | Describe debtor's property that is subject to a lien | $395,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**23422 Mill Creek Dr., Suite 200**
**Laguna Hills, CA 92653**

Creditor's mailing address

**All equipment, machinery, tools, and related accessories leased under the Lease Agreement**

**Describe the lien**
**Secured Lease Agreement**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**11/2025**
Last 4 digits of account number
**Orange Courier Inc**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Great Western Leasing** | Describe debtor's property that is subject to a lien | $11,500.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2505 McCabe Way, #200**
**Irvine, CA 92614**

Creditor's mailing address

**Rental agreements secured by trailers. The trailers serve as collateral for the amounts owed under the Lease Agreements.**

**Describe the lien**
**Security interest in leased trailers**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**2024**
Last 4 digits of account number
**Orange Courier, Inc.**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **HYG Financial Services, Inc.** | Describe debtor's property that is subject to a lien | $26,290.64 | Unknown |
|---|---|---|---|---|

Creditor's Name

**PO Box 77102**
**Minneapolis, MN 55480**

Creditor's mailing address

**ecured by the Leased Equipment (forklifts) pursuant to the lease agreement.**

**Describe the lien**
**Lease Agreement**

| Debtor | **Orange Courier, Inc.** | Case number (if known) | **2:25-bk-20443-DS** |
|---|---|---|---|
| | Name | | |

|  |  |
|---|---|
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Orange Courier, Inc.** | **As of the petition filing date, the claim is:** |
| **Do multiple creditors have an interest in the same property?** | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1.1 | **LEAF** | **Describe debtor's property that is subject to a lien** | **$9,604.66** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **Copier equipment lease secured by 2 copier equipment. Lease is in default.** | | |
| | **PO Box 5066** | | | |
| | **Hartford, CT 06102** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Lease Agreement** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **12/2024** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Orange Courier, Inc.** | **As of the petition filing date, the claim is:** | | |
| | **Do multiple creditors have an interest in the same property?** | Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.1.2 | **Liberty Funding Source, Inc,** | **Describe debtor's property that is subject to a lien** | **$465,000.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **UCC-1 blanket lien on all assets of the Debtor securing the judgment.** | | |
| | **c/o Joseph S Jacobs, Esq Ershowsky Verstandig PLLC** | | | |
| | **290 Central A venue, Suite l 09** | | | |
| | **Lawrence, NY 11559** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **UCC Lien/Complaint** | | |
| | | **Is the creditor an insider or related party?** | | |
| | **collections@evlawpllc.com** | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **11/19/2025** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **2025** | **As of the petition filing date, the claim is:** | | |
| | **Do multiple creditors have an interest in the same property?** | Check all that apply | | |

| Debtor | **Orange Courier, Inc.** | Case number (if known) | **2:25-bk-20443-DS** |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Mckinney Trailer Rentals** | Describe debtor's property that is subject to a lien | $390,505.68 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 515574
Los Angeles, CA 90051**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
4907**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Rental agreements secured by trailers. The trailers serve as collateral for the amounts owed under the rental agreements.**

**Describe the lien**
**Security interest in leased trailers**
**Is the creditor an insider or related party?**
☐ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **MNY Capital LLC** | Describe debtor's property that is subject to a lien | $289,999.00 | $3,255,508.10 |
|---|---|---|---|---|

Creditor's Name

**c/o Maurice Wutscher LLP
23611 Chagrin Blvd.,
Suite 207
Beachwood, OH
44122-5540**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
Orange Courier Inc.**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.4**

**Over 90 days old: Account Receivable over 90 days old**

**Describe the lien**
**Secured Loan**
**Is the creditor an insider or related party?**
☐ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Nationwide Capital Solution, LLC** | Describe debtor's property that is subject to a lien | $60,000.00 | $0.00 |
|---|---|---|---|---|

| Debtor | **Orange Courier, Inc.** | | Case number (if known) | **2:25-bk-20443-DS** |
|---|---|---|---|---|
| | Name | | | |

**2351 Hylan Blvd.**
**Staten Island, NY**
**10306-3131**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**UCC-1 blanket lien on all assets of the Debtor**
**securing the judgment.**

**Describe the lien**
**UCC Secured Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2025**
**Last 4 digits of account number**
**Orange Courier, Inc**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **Spring Funding OFG LLC** | | | $307,742.30 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**c/o Evridike Kollis, Esq.**
**Kollis Law PLLC**
**222 W 37th St., 8th Floor**
**New York, NY 10018**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**UCC-1 blanket lien on all assets of the Debtor**
**securing the judgment.**

**Describe the lien**
**Judgment**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/21/2025**
**Last 4 digits of account number**
**8266**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **Wells Fargo Vendor Financial Servic** | | | $9,605.77 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**Financial Services, LL**
**PO Box 030310**
**Los Angeles, CA 90030**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Lease obligation for multiple copier/printer**
**machines, renewed November 2024. Lease is**
**secured by the leased equipment.**

**Describe the lien**
**Lease Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

---

| Debtor | **Orange Courier, Inc.** | Case number (if known) | **2:25-bk-20443-DS** |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**
**3000**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **Wynwest Advance, LLC** | Describe debtor's property that is subject to a lien | $184,950.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Jack Madeb, Esq.**
**Madeb Law, PLLC**
**2415 Coney Island Ave.,**
**2nd Fl.**
**Brooklyn, NY 11223**

Creditor's mailing address

**UCC-1 blanket lien on all assets of the Debtor securing the judgment.**

**Describe the lien**
**UCC Lien/Complaint**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/18/2025**

**Last 4 digits of account number**
**1031**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$4,566,974.6 1** |
|---|---|

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Aspire Funding Platform**<br>**50 Tice Blvd.**<br>**Woodcliff Lake, NJ 07677** | Line **2.1** | |
| **Blue Rock Capital Group**<br>**1021 38th St.**<br>**Brooklyn, NY 11219** | Line **2.3** | **5434** |
| **Cali Flower Capital Inc.**<br>**1 Princeton Ave.**<br>**Brick, NJ 08724** | Line **2.4** | |
| **Liberty Funding Source, Inc,**<br>**180 Maiden Lane**<br>**New York, NY 10038** | Line **2.12** | **2025** |

| Debtor | **Orange Courier, Inc.** | | | Case number (if known) | **2:25-bk-20443-DS** |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | |
|---|---|---|---|
| **MNY Capital LLC**<br>**TopLine Recovery**<br>**1078 Summit Ave, Suite 104**<br>**Jersey City, NJ 07307** | Line **2.14** | | |
| **Spring**<br>**c/o Lexington Recovery LLC**<br>**222 W 37th St, 9th FL**<br>**New York, NY 10018** | Line **2.16** | | **8266** |
| **Supreme Court of State of New York**<br>**Washington County**<br>**383 Broadway**<br>**Fort Edward, NY 12828** | Line **2.18** | | **1031** |
| **Supreme Court of State of New York**<br>**County of Monroe**<br>**Monroe County Hall of Justice**<br>**99 Exchange Blvd.**<br>**Rochester, NY 14614** | Line **2.3** | | **5434** |
| **Supreme Court of State of New York**<br>**County of Rockland**<br>**1 South Main Street**<br>**New City, NY 10956** | Line **2.12** | | **2025** |
| **Wynwest Advance, LLC**<br>**66 Park Avenue,**<br>**Albany, NY 12202** | Line **2.18** | | |

**Fill in this information to identify the case:**

Debtor name       **Orange Courier, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:25-bk-20443-DS**

■ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Employment Development Dept.**<br>**Bankruptcy Group MIC 92E**<br>**P.O. Box 826880**<br>**Sacramento, CA 94280-0001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$62,913.85** | **$62,913.85** |
| Date or dates debt was incurred<br>**2025** | Basis for the claim:<br>**Payroll Taxes** |  |  |
| Last 4 digits of account number **Orange Courier, Inc.** | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) |  |  |  |
| **2.2** Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**Bankruptcy Section MS A340**<br>**P.O.Box 2952**<br>**Sacramento, CA 95812** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$150,000.00** | **$0.00** |
| Date or dates debt was incurred<br>**2024-2025** | Basis for the claim:<br>**State Income Tax** |  |  |
| Last 4 digits of account number **3963** | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) |  |  |  |

| Debtor | **Orange Courier, Inc.** | Case number (if known) | **2:25-bk-20443-DS** |
|---|---|---|---|
| | Name | | |

| 2.3 | | | |
|---|---|---|---|

Priority creditor's name and mailing address
**Internal Revenue Service**
**Dept of the Treasury**
**Ogden, UT 84201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,247,216.42      **$3,247,216.42**

Date or dates debt was incurred
**2023-2025**

Basis for the claim:
**Incoem Taxes**

Last 4 digits of account number **3963**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:     List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | | |
|---|---|---|

Nonpriority creditor's name and mailing address
**3 Brothers Freight Solutions LLC**
**13061 Rosedale Highway, Suite G**
**Bakersfield, CA 93314**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$20,251.16**

Date(s) debt was incurred _
Last 4 digits of account
number  **Orange Courier, Inc.**

Basis for the claim:   **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | | |
|---|---|---|

Nonpriority creditor's name and mailing address
**3PL Central**
**222 Pacific Coast Hwy., Suite 1500**
**El Segundo, CA 90245**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,675.16**

Date(s) debt was incurred _
Last 4 digits of account
number  **Orange Courier, Inc**

Basis for the claim:   **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | | |
|---|---|---|

Nonpriority creditor's name and mailing address
**A2Z Attorney Service**
**1401 Garden Hwy, Suite 100**
**Sacramento, CA 95833**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,724.07**

Date(s) debt was incurred _
Last 4 digits of account
number  **Orange Courier, Inc**

Basis for the claim:   **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | | |
|---|---|---|

Nonpriority creditor's name and mailing address
**Aiden Wealth, Inc.**
**500 North Alhambra Ave.**
**Lake Grove, NY 11755**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,430.06**

Date(s) debt was incurred  **10/2025**
Last 4 digits of account
number  **Orange Courier Inc.**

Basis for the claim:   **Back pay for completed deliveries**

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | | |
|---|---|---|

Nonpriority creditor's name and mailing address
**Airespring**
**File 1422**
**1801 W. Olympic Blvd**
**Pasadena, CA 91199**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,475.00**

Date(s) debt was incurred _
Last 4 digits of account
number  **Orange Courier, Inc.**

Basis for the claim:   **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Orange Courier, Inc.** | | Case number (if known) | **2:25-bk-20443-DS** |
|---|---|---|---|---|
| | Name | | | |

---

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,835.20 |
|---|---|---|

**AJC Freight Solutions**
**1000 Abernathy Road NE, Suite 600**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account
number **Orange Courier, Inc.**

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,497.40 |
|---|---|---|

**Alberto Ruiz**
**2191 Harbor Blvd. #16**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/2025**

Last 4 digits of account
number **Orange Courier Inc.**

Basis for the claim: **Back pay for completed deliveries**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $960.00 |
|---|---|---|

**Alfonso Godoy Gardening**
**Po Box 40671**
**Bakersfield, CA 93384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account
number **Orange Courier, Inc.**

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,449.75 |
|---|---|---|

**Alvaro Ojeda Transport LLC**
**9120 Poplar Ave.**
**Fontana, CA 92335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/2025**

Last 4 digits of account
number **Orange Courier Inc.**

Basis for the claim: **Back pay for completed deliveries**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,401.58 |
|---|---|---|

**American Messenger Service**
**3330 Market Street, Suite C**
**San Diego, CA 92102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account
number **Orange Couirier, Inc**

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,214.43 |
|---|---|---|

**Amgad Alzyout**
**2130 W Crescent Ave.**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/2025**

Last 4 digits of account
number **Orange Courier, Inc.**

Basis for the claim: **Back pay for completed deliveries**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,702.03 |
|---|---|---|

**Amur**
**Financial Services**
**Po Box 209505**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account
number **Orange Courier, Inc**

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Orange Courier, Inc.** | Case number *(if known)* | **2:25-bk-20443-DS** |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$109,375.20** |
|---|---|---|---|

**Arthur Ruben**
**PO Box 69763**
**West Hollywood, CA 90069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account
number **Orange Courier, Inc**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,041.25** |
|---|---|---|---|

**AT&T**
**PO Box 5019**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2025**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **5211**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,059.86** |
|---|---|---|---|

**Athens Services**
**PO Box 54957**
**Los Angeles, CA 90054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account
number **Orange Courier, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,569.39** |
|---|---|---|---|

**Atlas Crane Service LLC**
**1275 Aurora Ave Ln,**
**Torrance, CA 90504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account
number **Orange Courier, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$88,583.15** |
|---|---|---|---|

**Baldwin, Krystyn,Sherman Partners**
**c/o RLI Insurance Company**
**4211 W Boy Scout Blvd STE 800**
**Tampa, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance Provider**

Last 4 digits of account
number **Orange Courier, Inc**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,136.68** |
|---|---|---|---|

**Baoul Express**
**9713 Rosemary Dr.**
**Cypress, CA 90630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2025**

Basis for the claim:  **Back pay for completed deliveries**

Last 4 digits of account
number **Orange Courier, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,500.00** |
|---|---|---|---|

**BH Investments Inc.**
**5303 Rosedale Hwy**
**Bakersfield, CA 93308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/21/2022**

Basis for the claim:  **Default in Rent Payment**

Last 4 digits of account
number **Orange Courier, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Orange Courier, Inc.** | Case number (if known) | **2:25-bk-20443-DS** |
|---|---|---|---|
| | Name | | |

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,241.20**

**Big Pacific Freightliners LLC**
**2403 West Almond Ave.**
**Orange, CA 92868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2025**

Last 4 digits of account
number **Orange Courier Inc**

Basis for the claim:  **Back pay for completed deliveries**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,417.41**

**BJL Trucking**
**270 Sultana Ave.**
**Upland, CA 91786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2025**

Last 4 digits of account
number **Orange Courier Inc**

Basis for the claim:  **Back pay for completed deliveries**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,535.96**

**Border Tire**
**PO Box 675129**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account
number **Orange Courier, Inc**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00**

**Bottomline Concepts**
**3323 Ne 163rd Street, Suite 302**
**North Miami Beach, FL 33160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **ERC**

Basis for the claim:  **Employee Retention Credit (ERC) loan/advance
originally granted under COVID-19 relief programs.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72,869.74**

**California Fuels & Lubricants**
**11621 Westminster Ave.**
**Garden Grove, CA 92843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account
number **Orange Courier, Inc.**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,493.98**

**Cargo on Time LLC**
**645 West Santa Cruz St.**
**San Pedro, CA 90731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2025**

Last 4 digits of account
number **Orange Courier, Inc.**

Basis for the claim:  **Back pay for completed deliveries**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,674.12**

**Carlos E Valdez**
**8433 San Antonio Ave.**
**South Gate, CA 90280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2025**

Last 4 digits of account
number **Orange Courier, Inc.**

Basis for the claim:  **back pay for completed deliveries**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Orange Courier, Inc.** | Case number (if known) | **2:25-bk-20443-DS** |
|---|---|---|---|
| | Name | | |

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,562.09** |
|---|---|---|---|

**Carlos Matus**
**11247 Cecilia St.**
**Downey, CA 90241**

Date(s) debt was incurred  **10/2025**

Last 4 digits of account
number  **Orange Courier Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Back pay for completed deliveries**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,265.00** |
|---|---|---|---|

**Clifton Larson Allen LLP.**
**PO Box 31001-2500**
**Pasadena, CA 91110**

Date(s) debt was incurred  _

Last 4 digits of account
number  **Orange Courier, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$309.00** |
|---|---|---|---|

**Concentra**
**Occupational Health Centers of Cali**
**A Medical Corp.**
**PO Box 3700**
**Rancho Cucamonga, CA 91729**

Date(s) debt was incurred  _

Last 4 digits of account
number  **Orange Courier, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,456.15** |
|---|---|---|---|

**Connexion Technology**
**dba Cxt Software Bin 920044**
**Po Box 29426**
**Phoenix, AZ 85038**

Date(s) debt was incurred  _

Last 4 digits of account
number  **Orange Courier, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$59,637.50** |
|---|---|---|---|

**Cosco Shipping Lines**
**North America, Inc.**
**15600 Jfk Blvd, Suite 400**
**Houston, TX 77032**

Date(s) debt was incurred  _

Last 4 digits of account
number  **Orange Courier, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,210.41** |
|---|---|---|---|

**Daniel Glennon**
**147 Wesst Lincoln Ave. #308**
**Anaheim, CA 92805**

Date(s) debt was incurred  **10/2025**

Last 4 digits of account
number  **Orange Courier Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Back pay for completed deliveries**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,295.06** |
|---|---|---|---|

**DBFA Express LLC**
**159 East Madrona St.**
**Rialto, CA 92376**

Date(s) debt was incurred  **10/2025**

Last 4 digits of account
number  **Orange Courier, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Back pay for completed deliveries**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Orange Courier, Inc.**  Case number (if known)  **2:25-bk-20443-DS**
Name

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,463.00 |
|---|---|---|---|

**DMV**
**Po Box 942894**
**Sacramento, CA 94294**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Renewal Fee**

Last 4 digits of account number  **Orage Courier, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195,000.00 |
|---|---|---|---|

**Doosan**
**5650 Knott Ave. Buena Park**
**Buena Park, CA 90621**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **3584**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,567.06 |
|---|---|---|---|

**Douglas Yoon**
**21317 Bloomfield Ave. #102**
**Lakewood, CA 90715**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **10/2025**

Basis for the claim:  **Back pay for completed deliveries**

Last 4 digits of account number  **Orange Courier Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,838.07 |
|---|---|---|---|

**DTS LLC**
**6910 El Selinda Ave.**
**Bell Gardens, CA 90201**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **10/2025**

Basis for the claim:  **Back pay for completed deliveries**

Last 4 digits of account number  **Orange Courier Inc**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,994.51 |
|---|---|---|---|

**DVC Venture**
**1414 West Central Ave., #19**
**Brea, CA 92821**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **10/2025**

Basis for the claim:  **Back pay for completed deliveries**

Last 4 digits of account number  **Orange Courier Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,525.53 |
|---|---|---|---|

**EDCO Disposal Corporation**
**PO Box 5398**
**Buena Park, CA 90622**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **7659,3576**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,655.41 |
|---|---|---|---|

**Edna Ortega**
**6612 Marlow Ave.**
**Bell Gardens, CA 90201**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **10/2025**

Basis for the claim:  **Back pay for completed deliveries**

Last 4 digits of account number  **Orange Courier Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Orange Courier, Inc.**

Name

Case number (*if known*)  **2:25-bk-20443-DS**

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,789.46** |
|---|---|---|---|

**Employment Development Dept.**
**Bankruptcy Group MIC 92E**
P.O. Box 826880
Sacramento, CA 94280-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Basis for the claim:  Penalties**

**Last 4 digits of account number  8392**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$395,000.00** |
|---|---|---|---|

**Envision Capital Group Llc.**
23422 Mill Creek Dr., Suite 200
Laguna Hills, CA 92653

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**

**Last 4 digits of account number  Orange Courier, Inc**

**Basis for the claim:  Vendor (Lease Equipment)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,107.19** |
|---|---|---|---|

**Eric Valenzuela**
427 Navajo Spring Rd.
Diamond Bar, CA 91765

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  10/2025**

**Last 4 digits of account number  Orange Courier Inc.**

**Basis for the claim:  Back pay for completed deliveries**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,971,035.84** |
|---|---|---|---|

**Evell Stanley**
33851 Kildale Ln.
San Juan Capistrano, CA 92675

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**

**Last 4 digits of account number  Orange Courier, Inc.**

**Basis for the claim:  Unsecured advance from Evell Stanley, owner/President of Orange Courier, Inc., returned salary payments to support the company (Insider).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,058.51** |
|---|---|---|---|

**Executive Lighting & Electric**
1141 N. Cosby Way, Unit A
Anaheim, CA 92806

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**

**Last 4 digits of account number  Orange Courier, Inc.**

**Basis for the claim:  Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,926.87** |
|---|---|---|---|

**Exim Engineering Inc.**
2200 E Winston Rd,
Anaheim, CA 92806

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**

**Last 4 digits of account number  Orange Courier, Inc.**

**Basis for the claim:  Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,316.57** |
|---|---|---|---|

**Exp Freight Solutions LLC**
4804 Ophelia Lane
Ontario, CA 91762

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  10/2025**

**Last 4 digits of account number  Orange Courier Inc.**

**Basis for the claim:  Back pay for completed deliveries**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Orange Courier, Inc.** | Case number (if known) | **2:25-bk-20443-DS** |
|---|---|---|---|
| | Name | | |

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,788.03** |
|---|---|---|---|

**Financial Pacific Leasing**
**PO Box 848779**
**Los Angeles, CA 90084**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account**
**number** **Orange Courier, Inc.**

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$472,469.56** |
|---|---|---|---|

**Fleet Logic LLC, dba**
**Velocity Truck Rental & Leasing**
**15724 Valley Blvd.**
**Fontana, CA 92335**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account**
**number** **Orange Courier, Inc.**

**Basis for the claim:** **Lease default**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$17,657.35** |
|---|---|---|---|

**Freeway Delivery**
**PO Box 3014**
**  CA 91727**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred**  **10/2025**

**Last 4 digits of account**
**number** **Orange Courier Inc.**

**Basis for the claim:** **Back pay for completed deliveries**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,171.16** |
|---|---|---|---|

**Gabriel Yracheta**
**625 South Butler Ave.**
**Compton, CA 90221**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred**  **10/2025**

**Last 4 digits of account**
**number** **Orange Courier Inc**

**Basis for the claim:** **Back pay for completed deliveries**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,788.18** |
|---|---|---|---|

**Garcia Trucking Services**
**403 East Briardale Ave. Apt 13**
**Orange, CA 92865**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred**  **10/2025**

**Last 4 digits of account**
**number** **Orange Courier Inc**

**Basis for the claim:** **Back pay for completed deliveries**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,823.94** |
|---|---|---|---|

**Glasby Maintenance Supply**
**116 E. Orangethorpe Ave**
**Anaheim, CA 92801**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account**
**number** **Orange Courier, Inc.**

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,035.05** |
|---|---|---|---|

**GOE, Forsythe & Hodges**
**17701 Cowan, Suite 210**
**Irvine, CA 92614**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred**  **10/2025**

**Last 4 digits of account**
**number** **Orange Courier, Inc.**

**Basis for the claim:** **Attorney Fees Per Terms of Retainer Agreement**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Orange Courier, Inc.** | Case number (if known) | **2:25-bk-20443-DS** |
|---|---|---|---|
| | Name | | |

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,931,238.71** |
|---|---|---|---|

**Graymar Environmental Services, LLC**
**c/o Meservy Law P.C.**
**London D. Meservy**
**5060 Shoreham Place, Suite 300**
**San Diego, CA 92122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/27/2025**

**Basis for the claim:** **Other Breach of Contract/Warranty Complaint**

Last 4 digits of account number  **5133**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,398.44** |
|---|---|---|---|

**GT Express 1**
**c/o Gary Taylor**
**10573 West Pico Blvd. # 30**
**Los Angeles, CA 90064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2025**

**Basis for the claim:** **Back pay for completed deliveries**

Last 4 digits of account
number  **Orange Courier Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,685.62** |
|---|---|---|---|

**H.R.J. Transportation, LLC**
**6630 Crossway Dr.**
**Pico Rivera, CA 90660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2025**

**Basis for the claim:** **Back pay for completed deliveries**

Last 4 digits of account
number  **Orange Courier Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,138.35** |
|---|---|---|---|

**HDQ Trucking**
**14246 Weeping Willow Ln**
**Fontana, CA 92337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2025**

**Basis for the claim:** **Back pay for completed deliveries**

Last 4 digits of account
number  **Orange Courier Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,589.55** |
|---|---|---|---|

**Hecto Jaime Gonzalez**
**25985 Newport Ave.**
**Loma Linda, CA 92354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2025**

**Basis for the claim:** **Back pay for completed deliveries**

Last 4 digits of account
number  **Orange Courier, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$971,853.00** |
|---|---|---|---|

**ICW Group Insurance Company**
**c/o Insurance Company of the West**
**PO Box 509039**
**San Diego, CA 92150**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **4/17/2025**

**Basis for the claim:** **Outstanding Payments Worker Compensation Insurance**

Last 4 digits of account number  **3406**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,650.91** |
|---|---|---|---|

**IM Gold Transport LLC**
**c/o Maria Guadalupe Martinez Corona**
**23308 Dolores St.**
**Carson, CA 90745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2025**

**Basis for the claim:** **Back pay for completed deliveries**

Last 4 digits of account
number  **Orange Courier Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Orange Courier, Inc.** | Case number (*if known*) | **2:25-bk-20443-DS** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |

**Imperial Bag**
**2815 Warner**
**Irvine, CA 92606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account
number **Orange Courier Inc.**

Basis for the claim: **Past due rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$750,295.11** |

**Internal Revenue Service**
**Dept of the Treasury**
**Ogden, UT 84201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-2021**
Last 4 digits of account number  **3963**

Basis for the claim: **Misc. Penalties**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,542.28** |

**J Torres Transport Inc.**
**3565 West Ball Inc.**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2025**
Last 4 digits of account
number **Orange Courier Inc**

Basis for the claim: **Back pay for completed deliveries**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,722.00** |

**J.R. Loads LLC**
**c/o Justin Romero**
**15186 Merrill Ave.**
**Fontana, CA 92335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2025**
Last 4 digits of account
number **Orange Courier Inc.**

Basis for the claim: **Back pay for completed deliveries**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$829.67** |

**Jacobs Transportation LLC**
**6805 Hollenbeck St**
**Huntington Park, CA 90255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/29/2025**
Last 4 digits of account
number **Orange Courier Inc**

Basis for the claim: **Back pay for completed deliveries**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,718.89** |

**Jesus Sladana**
**270 Sultana Ave,**
**Upland, CA 91786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2025**
Last 4 digits of account
number **Orange Courier Inc.**

Basis for the claim: **Back pay for completed deliveries**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00** |

**Jet Speed Logistics**
**900 N Arlington Heights Rd STE 150**
**Itasca, IL 60143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account
number **Orange Courier Inc.**

Basis for the claim: **Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Orange Courier, Inc.** | Case number (*if known*) | **2:25-bk-20443-DS** |
|---|---|---|---|
| | Name | | |

---

**3.69** | **Nonpriority creditor's name and mailing address**

**JHR Transportation LLC**
**15301 Studebaker Rd.**
**Norwalk, CA 90650**

Date(s) debt was incurred  **10/2025**
Last 4 digits of account
number  **Orange Courier Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Back pay for completed deliveries**

Is the claim subject to offset? ■ No ☐ Yes

**$14,885.49**

---

**3.70** | **Nonpriority creditor's name and mailing address**

**Jimmel LLC**
**214 Turner Ave.**
**Fullerton, CA 92833**

Date(s) debt was incurred  **10/2025**
Last 4 digits of account
number  **Orange Courier Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Back pay for completed deliveries**

Is the claim subject to offset? ■ No ☐ Yes

**$6,172.25**

---

**3.71** | **Nonpriority creditor's name and mailing address**

**Jorge Fernandez**
**3553 Los Flores Blvd. Apt C**
**Lynwood, CA 90262**

Date(s) debt was incurred  **10/2025**
Last 4 digits of account
number  **Orange Courier Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Back pay for completed deliveries**

Is the claim subject to offset? ■ No ☐ Yes

**$3,819.00**

---

**3.72** | **Nonpriority creditor's name and mailing address**

**Jorge Medina Guerrero**
**2702 Augustine Ct.**
**Los Angeles, CA 90031**

Date(s) debt was incurred  **10/2025**
Last 4 digits of account
number  **Orange Courier Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Back pay for completed deliveries**

Is the claim subject to offset? ■ No ☐ Yes

**$3,094.42**

---

**3.73** | **Nonpriority creditor's name and mailing address**

**Juan Castellano**
**c/o Yashdeep Singh**
**Yash Law Group**
**3 Pointe Drive, Suite 203**
**Brea, CA 92821**

Date(s) debt was incurred  **10/02/2025**
Last 4 digits of account number  **8841**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employment Complaint**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.74** | **Nonpriority creditor's name and mailing address**

**Kaiser - Asbury**
**Kaiser Foundation Health Plan Inc**
**Po Box 741562**
**Los Angeles, CA 90064**

Date(s) debt was incurred  **_**
Last 4 digits of account number  **4450**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.00**

---

**3.75** | **Nonpriority creditor's name and mailing address**

**Kaiser Foundation Health**
**Worldway Postal Center**
**PO Box 80204**
**Los Angeles, CA 90080**

Date(s) debt was incurred  **_**
Last 4 digits of account number  **0000**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$23,977.60**

---

| Debtor | **Orange Courier, Inc.** | Case number (if known) | **2:25-bk-20443-DS** |
|---|---|---|---|
| | Name | | |

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,974.36** |
|---|---|---|---|

**Kenneth Brandon**
**20702 El Toro Road Apt 345**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2025**

Basis for the claim:  **Back pay for completed deliveries**

Last 4 digits of account
number **Oorange Courier Inc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,243.59** |
|---|---|---|---|

**Kept Companies**
**PO Box 36014**
**Newark, NJ 07188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **8494**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,223.70** |
|---|---|---|---|

**Kersten & Associates**
**38 Corporate**
**Irvine, CA 92606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Vendor**

Last 4 digits of account
number **Orange Courier, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,989.88** |
|---|---|---|---|

**Krishan  Aggarwal**
**6700 Warner Ave., # 8A**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2025**

Basis for the claim:  **Back pay for completed deliveries**

Last 4 digits of account
number **Orange Courier Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,562.06** |
|---|---|---|---|

**LADWP**
**PO Box 30808**
**Los Angeles, CA 90030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Water and Power Services**

Last 4 digits of account
number **Orange Courier, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,818.26** |
|---|---|---|---|

**Lease Services**
**PO Box 13604**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Vendor**

Last 4 digits of account
number **Orange Courier, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$472.00** |
|---|---|---|---|

**Lightning Messenger Express**
**PO Box 12424**
**San Diego, CA 92112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **4732**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Orange Courier, Inc.** | Case number (if known) | **2:25-bk-20443-DS** |
|---|---|---|---|
| | Name | | |

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,711.75**

**Los Angeles Freightliner**
**Los Angeles Truck Centers, Llc**
**PO Box 101284**
**Pasadena, CA 91189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Vendor**

Last 4 digits of account
number **Orange Courier, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,297.25**

**Martinez Truck Service**
**10511 Mast Ave.**
**Garden Grove, CA 92843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2025**

Basis for the claim:  **Back pay for completed deliveries**

Last 4 digits of account
number **Orange Courier Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,268.35**

**Masab Al Beool**
**9362 Holder St. # 37**
**Cypress, CA 90630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2025**

Basis for the claim:  **back pay for completed deliveries**

Last 4 digits of account
number **Orange Courier Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,135.73**

**Mata Transportation LLC**
**2778 Prospect Ave.**
**Riverside, CA 92507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2025**

Basis for the claim:  **Back pay for completed deliveries**

Last 4 digits of account
number **Orange Courier Inc**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,303.60**

**Mathew Vanasse**
**22017 Valley Terrace**
**Wildomar, CA 92595**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2025**

Basis for the claim:  **Back pay for completed deliveries**

Last 4 digits of account
number **Orange Courier Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,970.60**

**Memorial Transport**
**7189 9th St., Apt C**
**Buena Park, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2025**

Basis for the claim:  **Back pay for completed deliveries**

Last 4 digits of account
number **Orange Courier, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,037.55**

**Mendglez Transportation Inc.**
**551 S Santa Mariana Ave.**
**La Puente, CA 91746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2025**

Basis for the claim:  **Back pay for completed deliveries**

Last 4 digits of account
number **Orange Courier, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Orange Courier, Inc.** | Case number (if known) | **2:25-bk-20443-DS** |
|---|---|---|---|
| | Name | | |

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,500.00** |
|---|---|---|---|

**Metal World, Inc.**
**5303 Rosedale Hwy.**
**Bakersfield, CA 93308**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Rent__

**Last 4 digits of account
number __Orange Courier, Inc.__**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,373.42** |
|---|---|---|---|

**Motel 6/Studio 6**
**PO Box 846175**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number __PIXW__**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,335.80** |
|---|---|---|---|

**Mt Hawley Insurance Co. Dept 3350**
**PO Box 779018**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number __0011__**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,693.98** |
|---|---|---|---|

**Napa Auto Parts - Orange**
**So Cal Auto And Truck Parts**
**1422 N. Batavia St.**
**Orange, CA 92867**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account
number __Orange Courier, Inc.__**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,071.51** |
|---|---|---|---|

**Napa Auto Parts Co**
**Orange County Auto parts**
**515 E. First St.**
**Santa Ana, CA 92701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number __2844__**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,623.41** |
|---|---|---|---|

**Oscar Hernandez**
**1718 West Velencia Drive**
**Fullerton, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __10/2025__**

**Basis for the claim:** __Back pay for deliveries__

**Last 4 digits of account
number __Orange Courier Inc.__**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$62,769.63** |
|---|---|---|---|

**OSI Staffing Inc.**
**10913 La Reina Ave. #B**
**Downey, CA 90241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account
number __Orange Courier, Inc.__**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Orange Courier, Inc.** | | Case number (if known) | **2:25-bk-20443-DS** |
|---|---|---|---|---|
| | Name | | | |

| 3.97 | **Nonpriority creditor's name and mailing address**<br>**PAC Anchor Transportation, Inc.**<br>**425 Quay Avenue**<br>**Wilmington, CA 90744**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account**<br>**number Orange Courier, Inc.** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,605.00** |
|---|---|---|---|
| 3.98 | **Nonpriority creditor's name and mailing address**<br>**Pacific Capital Trucking Group**<br>**14805 Los Robles Ave.**<br>**Hacienda Heights, CA 91745**<br><br>**Date(s) debt was incurred 10/2025**<br>**Last 4 digits of account**<br>**number Orange Courier Inc.** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Back pay for completed deliveries**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,542.70** |
| 3.99 | **Nonpriority creditor's name and mailing address**<br>**Pantera Transportation Inc.**<br>**C/o Servio Luevano**<br>**2634 Jurado St.**<br>**Hacienda Heights, CA 91745**<br><br>**Date(s) debt was incurred 10/2025**<br>**Last 4 digits of account**<br>**number Orange Courier Inc.** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Back pay for completed deliveries**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$15,501.96** |
| 3.100 | **Nonpriority creditor's name and mailing address**<br>**Pape Kenworth**<br>**PO Box 35144 #5077**<br>**Seattle, WA 98124**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account**<br>**number Orange Courier, Inc.** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$248.63** |
| 3.101 | **Nonpriority creditor's name and mailing address**<br>**Parkhouse Tire, Inc.**<br>**PO Box 2460**<br>**Bell, CA 90202**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account**<br>**number Orange Courier, Inc.** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,955.87** |
| 3.102 | **Nonpriority creditor's name and mailing address**<br>**PG&E**<br>**PO Box 8329**<br>**Stockton, CA 95208**<br><br>**Date(s) debt was incurred 10/2025**<br>**Last 4 digits of account number 7147** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,922.67** |
| 3.103 | **Nonpriority creditor's name and mailing address**<br>**Phoebe Investment, LLC**<br>**c/o Elat Properties**<br>**Attn: Ray Golbari**<br>**801 S Grand Ave., Suite #700**<br>**Los Angeles, CA 90017**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account**<br>**number Orange Courier, Inc.** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Past-due commercial rent under lease agreement for premises located at 16222 Phoebe Avenue, La Mirada, CA.**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$393,548.63** |

| Debtor | **Orange Courier, Inc.** | Case number *(if known)* | **2:25-bk-20443-DS** |
|---|---|---|---|
| | Name | | |

---

**3.104**

**Nonpriority creditor's name and mailing address**
**Pitney Bowes Bank Inc**
Purchase Power
PO Box 981026
Boston, MA 02298

Date(s) debt was incurred _

Last 4 digits of account number **3191**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$677.77**

---

**3.105**

**Nonpriority creditor's name and mailing address**
**PNC Equipment Finance**
PO Box 31001-2819
Pasadena, CA 91110

Date(s) debt was incurred _

Last 4 digits of account number **7969**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$9,406.52**

---

**3.106**

**Nonpriority creditor's name and mailing address**
**Priority1**
PO Box 840808
Dallas, TX 75284

Date(s) debt was incurred _

Last 4 digits of account
number **Orange Courier, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$46,314.56**

---

**3.107**

**Nonpriority creditor's name and mailing address**
**Prudential Overall Supply**
PO Box 511886
Los Angeles, CA 90051

Date(s) debt was incurred _

Last 4 digits of account number **6110**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$712.96**

---

**3.108**

**Nonpriority creditor's name and mailing address**
**QBE**
RT Workers Comp Specialty
540 W Madison St., Fl 8
Chicago, IL 60661

Date(s) debt was incurred **1/2025**

Last 4 digits of account number **2193**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Worker Comp Outstanding balance**

Is the claim subject to offset? ■ No ☐ Yes

**$404,888.00**

---

**3.109**

**Nonpriority creditor's name and mailing address**
**Qualified Mobile, Inc.**
1623 Industrial Ave.
Norco, CA 92860

Date(s) debt was incurred _

Last 4 digits of account
number **Orange Courier, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$12,969.04**

---

**3.110**

**Nonpriority creditor's name and mailing address**
**Quality Lift Equipment, Inc.**
10845 Norwalk Blvd.
Santa Fe Springs, CA 90670

Date(s) debt was incurred _

Last 4 digits of account
number **Orange Courier, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,257.73**

---

| Debtor | **Orange Courier, Inc.** | | Case number *(if known)* | **2:25-bk-20443-DS** |
|---|---|---|---|---|
| | Name | | | |

---

**3.111**

**Nonpriority creditor's name and mailing address**
**Quality Permits LLC.**
**436 E. Vanderbilt Way**
**San Bernardino, CA 92408**

Date(s) debt was incurred __
Last 4 digits of account
number **Orange Courier, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,943.61**

---

**3.112**

**Nonpriority creditor's name and mailing address**
**Rafael Ventura**
**c/o Mae-Elaine Q. Delos Santos**
**Laurel Employment Law**
**808 Wilshire Blvd., Ste. 200**
**Santa Monica, CA 90401**

Date(s) debt was incurred **9/20/2024**
Last 4 digits of account number **3304**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Complaint**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.113**

**Nonpriority creditor's name and mailing address**
**Raulito Rodriguez**
**19220 Chestridge Circle**
**Walnut, CA 91789**

Date(s) debt was incurred **10/2025**
Last 4 digits of account
number **Orange Courier, Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Back pay for completed deliveries**

Is the claim subject to offset? ■ No ☐ Yes

**$10,075.94**

---

**3.114**

**Nonpriority creditor's name and mailing address**
**Rayata Jones**
**23151 Tulip St.**
**Lake Forest, CA 92630**

Date(s) debt was incurred **10/2025**
Last 4 digits of account
number **Orange Courier Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Back pay for completed deliveries**

Is the claim subject to offset? ■ No ☐ Yes

**$5,508.42**

---

**3.115**

**Nonpriority creditor's name and mailing address**
**Rene E Delivery**
**9487 Briarwood**
**Fontana, CA 92335**

Date(s) debt was incurred **10/2025**
Last 4 digits of account
number **Orange Courier Inc.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Back pay for completed deliveries**

Is the claim subject to offset? ■ No ☐ Yes

**$2,351.12**

---

**3.116**

**Nonpriority creditor's name and mailing address**
**Rexford Industrial**
**11600 Los Nietos LLC**
**c/o Kimball, Tirey & John LLP**
**7676 Hazard Center Dr. Suite 900**
**San Diego, CA 92108**

Date(s) debt was incurred **05/20/2025**
Last 4 digits of account number **3565**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgment**

Is the claim subject to offset? ■ No ☐ Yes

**$902,148.40**

---

**3.117**

**Nonpriority creditor's name and mailing address**
**Rialto Pacific, LLC**
**c/o Jaime Bombard**
**Nixon Peabody, LLP**
**One Embarcadero Center, 32nd Floor**
**San Francisco, CA 94111**

Date(s) debt was incurred **9/11/2025**
Last 4 digits of account number **2002**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Breach of Rental/Lease Contract Cross-Complaint**

Is the claim subject to offset? ■ No ☐ Yes

**$1,600,000.00**

---

| Debtor | **Orange Courier, Inc.** | | | Case number (if known) | **2:25-bk-20443-DS** |
|---|---|---|---|---|---|
| | Name | | | | |

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,051,664.51 |
|---|---|---|---|

**Rialto Pacific, LLC**
**c/o Jaime Bombard**
**Nixon Peabody, LLP**
**One Embarcadero Center, 32nd Floor**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/12/2025**

Basis for the claim:  **Unlawful Detainer/Commercial  Complaint**

Last 4 digits of account number  **2141**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,939.65 |
|---|---|---|---|

**Ricardo Antonio Morales Sezena**
**176 West Elmwood Ave. Apt F**
**Burbank, CA 91502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2025**

Basis for the claim:  **20,251.16**

Last 4 digits of account number  **Orange Courier Inc.**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,822.03 |
|---|---|---|---|

**Ricardo Benavidez**
**9418 Olive St.**
**Bellflower, CA 90706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2025**

Basis for the claim:  **Back pay for completed deliveries**

Last 4 digits of account number  **Orange Courier Inc.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,232.79 |
|---|---|---|---|

**Ricardo Robeson**
**12113 Achilles St.**
**Norwalk, CA 90650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2025**

Basis for the claim:  **Back pay for completed deliveries**

Last 4 digits of account number  **Orange Courier Inc.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,977.12 |
|---|---|---|---|

**Richard C Coats Jr.**
**5387 Carol Way**
**Riverside, CA 92509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2025**

Basis for the claim:  **Back pay for completed deliveries**

Last 4 digits of account number  **Orange Courier Inc.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,620.17 |
|---|---|---|---|

**Ruben Martinez**
**10511 Mast Ave.**
**Garden Grove, CA 92843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2025**

Basis for the claim:  **Back pay for completed deliveries**

Last 4 digits of account number  **Orange Courier Inc.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,871.37 |
|---|---|---|---|

**Ruedas Trucking, LLC**
**2770 Griffin Way**
**Corona, CA 92879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10-2025**

Basis for the claim:  **Back pay for completed deliveries**

Last 4 digits of account number  **Orange Courier Inc.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Orange Courier, Inc.** | | Case number (if known) | **2:25-bk-20443-DS** |
|---|---|---|---|---|
| | Name | | | |

---

**3.125** | **Nonpriority creditor's name and mailing address**
**Russell Loud**
**33851 Kildare Ln.**
**San Juan Capistrano, CA 92675**

Date(s) debt was incurred _____
Last 4 digits of account
number **Orange Courier, Inc.**

As of the petition filing date, the claim is: *Check all that apply.* **$150,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address**
**Sakhorn Sy**
**1990 Myrtle Ave.**
**Long Beach, CA 90806**

Date(s) debt was incurred **10/2025**
Last 4 digits of account
number **Orange Courier Inc.**

As of the petition filing date, the claim is: *Check all that apply.* **$5,184.72**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Back pay for completed deliveries**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address**
**Sam Dunnam**
**4016 Villa Flora St.**
**Las Vegas, NV 89130**

Date(s) debt was incurred **11/2025**
Last 4 digits of account
number **Orange Courier, Inc.**

As of the petition filing date, the claim is: *Check all that apply.* **$196,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trucks sold to Sam Dunnam, requested back by Debtor. Payment previously received was levied by other secured creditors. Trucks remain financed by Envision Capital Group.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address**
**Sam El Fattal**
**24910 Eucalyptus Ave.**
**Moreno Valley, CA 92553**

Date(s) debt was incurred **10/2025**
Last 4 digits of account
number **Orange Courier Inc.**

As of the petition filing date, the claim is: *Check all that apply.* **$4,032.89**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Back pay for completed deliveries**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address**
**Sary Abbas Khader Abushamma**
**25042 Oak Street # 9**
**Lomita, CA 90717**

Date(s) debt was incurred **10/2025**
Last 4 digits of account
number **Orange Courier, Inc.**

As of the petition filing date, the claim is: *Check all that apply.* **$6,478.97**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Back pay for completed deliveries**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address**
**SC Fuels**
**PO Box 14014**
**Orange, CA 92863**

Date(s) debt was incurred _____
Last 4 digits of account number **1451**

As of the petition filing date, the claim is: *Check all that apply.* **$21,534.74**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address**
**SCE**
**P.O. Box 300**
**Rosemead, CA 91772**

Date(s) debt was incurred _____
Last 4 digits of account number **9278**

As of the petition filing date, the claim is: *Check all that apply.* **$7,688.72**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Orange Courier, Inc.** | | Case number *(if known)* | **2:25-bk-20443-DS** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,210.00** |
|---|---|---|---|

**Sealead Container Detention**
**5350 W. Hillsboro Blvd, Suite 107**
**Coconut Creek, FL 33073-4396**

Date(s) debt was incurred _

Last 4 digits of account
number **Orange Courier, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,500.00** |
|---|---|---|---|

**Shlomo Benabou**
**13272 Edwards St.**
**Westminster, CA 92683**

Date(s) debt was incurred _

Last 4 digits of account
number **Orange Courier Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Service Performed**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,351.59** |
|---|---|---|---|

**Spectrum**
**Charter Communications**
**PO Box 223085**
**Pittsburgh, PA 15251-2085**

Date(s) debt was incurred _

Last 4 digits of account
number **Orange Courier, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,893.49** |
|---|---|---|---|

**Standard HR Solutions**
**960 N. Tustin Street  #140**
**Orange, CA 92867**

Date(s) debt was incurred _

Last 4 digits of account
number **Orange Courier, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,245.06** |
|---|---|---|---|

**Suburban Water Systems**
**PO Box 6105**
**Covina, CA 91722-5105**

Date(s) debt was incurred _

Last 4 digits of account number  **5306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$107,734.95** |
|---|---|---|---|

**Suppose U Drive**
**3809 San Fernando Rd.**
**Glendale, CA 91204**

Date(s) debt was incurred _

Last 4 digits of account
number **Orange Courier, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57,711.67** |
|---|---|---|---|

**T-Mobile**
**PO Box 742596**
**Cincinnati, OH 45274**

Date(s) debt was incurred _

Last 4 digits of account number  **0131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Orange Courier, Inc.**

Name

Case number *(if known)*    **2:25-bk-20443-DS**

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,757.08** |
|---|---|---|---|

**TEC Equipment, Inc.**
**PO Box 743077**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  7669**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Terminal Lift Services Llc.**
**PO Box 911006**
**Los Angeles, CA 90040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  Orage Courier, Inc**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$853,515.06** |
|---|---|---|---|

**The Baldwin Group**
**15901 Red Hill Ave., Ste 100**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  11/2025**

**Last 4 digits of account number  ou28**

Basis for the claim:  **Outstanding Payments/Insurance Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,876.66** |
|---|---|---|---|

**Timothy Baptista**
**10641 Ranney Ave.**
**Garden Grove, CA 92843**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  10/2025**

**Last 4 digits of account
number  Oorange Courier Inc**

Basis for the claim:  **Back pay for completed deliveries**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,882.35** |
|---|---|---|---|

**Toldeo Group Transportation LLC**
**5892 Quinn St.**
**Bell Gardens, CA 90201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  10/2025**

**Last 4 digits of account
number  Orange Courier Inc.**

Basis for the claim:  **Back pay for completed deliveries**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,759.99** |
|---|---|---|---|

**TPX Communications**
**PO Box 104346**
**Pasadena, CA 91189-4346**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account
number  Orange Courier, Inc.**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,100.00** |
|---|---|---|---|

**TQL**
**PO Box 634558**
**Cincinnati, OH 45263-4558**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1021**

Basis for the claim:  **Vedndor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Orange Courier, Inc.** | Case number (if known) | **2:25-bk-20443-DS** |
|---|---|---|---|
| | Name | | |

---

**3.146**

**Nonpriority creditor's name and mailing address**

**Triple Platinum Transportation**
**c/o Latrina Woods**
**15113 Paddock Ct.**
**Victorville, CA 92394**

Date(s) debt was incurred  **10/2025**

Last 4 digits of account
number  **Orange Courier Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Back pay for completed deliveries**

Is the claim subject to offset? ■ No ☐ Yes

$2,879.08

---

**3.147**

**Nonpriority creditor's name and mailing address**

**US Premium Finance**
**3500 Parkway Ln # 300,**
**Norcross, GA 30092**

Date(s) debt was incurred  _

Last 4 digits of account
number  **Orange Courier, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$197,218.41

---

**3.148**

**Nonpriority creditor's name and mailing address**

**Vestis**
**PO Box 101189**
**Pasadena, CA 91189**

Date(s) debt was incurred  _

Last 4 digits of account number  **5326**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$1,526.50

---

**3.149**

**Nonpriority creditor's name and mailing address**

**Veterans Logistics Group**
**4864 W 134th St.**
**Hawthorne, CA 90250**

Date(s) debt was incurred  _

Last 4 digits of account
number  **Orange Courier Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Claim**

Is the claim subject to offset? ■ No ☐ Yes

$350.00

---

**3.150**

**Nonpriority creditor's name and mailing address**

**Visual Edge It, Inc.**
**File 2594**
**1801 W. Olympic Blvd.**
**Pasadena, CA 91199-2594**

Date(s) debt was incurred  _

Last 4 digits of account number  **0002**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$1,040.66

---

**3.151**

**Nonpriority creditor's name and mailing address**

**Wilmington Storage Partners, LP**
**12121 Wilshire Blvd. Suite 810**
**Los Angeles, CA 90025**

Date(s) debt was incurred  _

Last 4 digits of account
number  **Orange Courier, Inc.**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Creditor**

Is the claim subject to offset? ■ No ☐ Yes

$111,515.44

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

---

Debtor __Orange Courier, Inc._____  Case number (if known) __2:25-bk-20443-DS__
          Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **La Mirada Industrial, LLC**<br>**c/o Roberston Properties Group**<br>**120 N. Robertson Blvd. 3rd Floor**<br>**Los Angeles, CA 90048** | Line __3.117__<br><br>☐ Not listed. Explain ____ | __2002__ |
| 4.2 | **PG&E**<br>**Box 997300**<br>**Sacramento, CA 95899** | Line __3.102__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Superior Court of California**<br>**County of Los Angeles**<br>**Los Angeles Courthouse**<br>**111 North Hill Street**<br>**Los Angeles, CA 90012** | Line __3.117__<br><br>☐ Not listed. Explain ____ | __2002__ |
| 4.4 | **Superior Court of California**<br>**County of Los Angeles**<br>**Southeast District - Norwalk Court**<br>**12720 Norwalk Blvd.**<br>**Norwalk, CA 90650** | Line __3.118__<br><br>☐ Not listed. Explain ____ | __2141__ |
| 4.5 | **Superior Court of California**<br>**County of Los Angeles**<br>**Stanley Mosk Courthouse**<br>**111 N Hill Street**<br>**Los Angeles, CA 90012** | Line __3.55__<br><br>☐ Not listed. Explain ____ | __5133__ |
| 4.6 | **Superior Court of California**<br>**County of Los Angeles**<br>**Stanley Mosk Courthouse**<br>**111 North Hill Street**<br>**Los Angeles, CA 90012** | Line __3.73__<br><br>☐ Not listed. Explain ____ | __8841__ |

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 3,460,130.27 |
| 5b. Total claims from Part 2 | 5b. + | $ 14,339,793.20 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 17,799,923.47 |

**<u>Creditor to be Removed</u>**

Mcfarland Property
Blair Pence Investment Corp
12121 Wilshire Blvd., Suite 810
Los Angeles, CA 90025

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**2566 Overland Ave. Suite 650**
**Los Angeles, CA 90054**

A true and correct copy of the foregoing document entitled (*specify*):   **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  **12/22/2025**  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**United States Trustee (LA):  ustpregion16.la.ecf@usdoj.gov**
**Noreen A. Madoyan-Office of the U.S. Trustee: Noreen.Madoyan@usdoj.gov**
**Luis Chaves:  luis@ksgklaw.com (Courtesy NEF)**
**Sherry Anne Lear:  slearattorney@gmail.com  (Courtesy NEF)**
**Michael N Nicastro:  courtfiling@nicastropc.com  (Courtesy NEF)**
**William P. Fennell:  william.fennell@fennelllaw.com - Attorney for Gray Mar Environmental Services, LLC.**
**Alan Craig Hochheiser:  ahochheiser@mauricewutscher.com -  Attorney for MNY Capital**
**Eric Bensamochan:  eric@eblawfirm.us - Attorney fro Debtor**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **12/22/2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 22, 2025 | Paulina Lara | /s/Paulina Lara |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                    Page 2                    **F 1007-1.1.AMENDED.SUMMARY**

Label Matrix for local noticing
0973-2
Case 2:25-bk-20443-DS
Central District of California
Los Angeles
Mon Dec 22 14:46:41 PST 2025

AMX Capital
c/o Maurice Wutscher LLP
23611 Chagrin Blvd.
Suite 207
Beachwood, OH 44122-5540

Orange Courier, Inc
16222 Phoebe Ave.
La Mirada, CA 90638-5610

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

3 Brothers Freight Solutions LLC
13061 Rosedale Highway, Suite G
Bakersfield, CA 93314-7612

3PL Central
222 Pacific Coast Hwy., Suite 1500
El Segundo, CA 90245-5635

968 W Veterans Realty LLC dba Aspire Funding
1545 U.S. 202 Suite 101
Pomona, NY 10970-2951

A2Z Attorney Service
1401 Garden Hwy, Suite 100
Sacramento, CA 95833-9767

AJC Freight Solutions
1000 Abernathy Road NE, Suite 600
Atlanta, GA 30328-5647

AT&T
PO Box 5019
Carol Stream, IL 60197-5019

Aiden Wealth, inc
500 north alhambra ave
Monterry park, CA 91755-1309

Airespring
File 1422
1801 W. Olympic Blvd
Pasadena, CA 91199-0001

Alfonso Godoy Gardening
Po Box 40671
Bakersfield, CA 93384-0671

American Messenger Service
3330 Market Street, Suite C
San Diego, CA 92102-3321

Amur
Financial Services
Po Box 209505
Dallas, TX 75320-9505

Ariel Bouskila
1545 U.S. 202 Suite 101
Pomona, NY 10970-2951

Arthur Ruben
PO Box 69763
West Hollywood, CA 90069-0763

Aspire Funding Platform
50 Tice Blvd.
Woodcliff Lake, NJ 07677-7654

Athens Services
PO Box 54957
Los Angeles, CA 90054-0957

Atlas Crane Service LLC
1275 Aurora Ave Ln,
Torrance, CA 90504

BH Investments Inc.
5303 Rosedale Hwy
Bakersfield, CA 93308-6014

Baldwin, Krystyn,Sherman Partners
c/o RLI Insurance Company
4211 W Boy Scout Blvd STE 800
Tampa, FL 33607-5757

Blue Bridge Financial, Inc.
11921 Freedom Drive, Ste 1130
Reston, VA 20190-6225

Blue Rock Capital Group
1021 38th St.
Brooklyn, NY 11219-1863

Blue Rock Capital Group
c/o Steven Zakharyayev Esq.
The Law Office of Steven Zakharyay
10 W 37th Street, Fl 10
New York NY 10018-7481

Border Tire
PO Box 675129
Dallas, TX 75267-5129

Bottomline Concepts
3323 Ne 163rd Street, Suite 302
North Miami Beach, FL 33160-5596

Cali Flower Capital Inc.
1 Princeton Ave.
Brick, NJ 08724-3515

Cali Flower Capital, Inc.
Naftali Nathan Wein, Esq.
333 Pearsall Avenue, Suite 130
Cedarhurst, NY 11516-1842

California Fuels & Lubricants
11621 Westminster Ave.
Garden Grove, CA 92843-3917

Cargo on time l.l.c
645west santa cruz st.
san pedro, CA 90731

Carlos Valdez
8433 San Antonio ave
southgate, CA 90280-2429

Clifton Larson Allen LLP.
PO Box 31001-2500
Pasadena, CA 91110-0001

Concentra
Occupational Health Centers of Cali
A Medical Corp.
PO Box 3700
Rancho Cucamonga, CA 91729-3700

Connexion Technology
dba Cxt Software Bin 920044
Po Box 29426
Phoenix, AZ 85038-9426

Cosco Shipping Lines
North America, Inc.
15600 Jfk Blvd, Suite 400
Houston, TX 77032-2344

Credible
6945 Northpark Blvd. Suite L
Charlotte, NC 28216-0079

DBFA EXPRESS LLC
159 east madrona st
rialto, CA 92376-4318

DMV
Po Box 942894
Sacramento, CA 94294-0001

DST LLC
6910 El selinda ave
bell gardens, CA 90201-4024

Dinasty Capital 26, LLC
700 Canal St., !st. Floor
Stamford, CT 06902-5921

Doosan
5650 Knott Ave. Buena Park
Buena Park, CA 90621

EDCO Disposal Corporation
PO Box 5398
Buena Park, CA 90622-5398

Employment Development Department
Bankruptcy Group MIC 92E, PO BOX 826880
Sacramento, CA 95814

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Enterprise Rent A Car Co of
Los Angeles LLC
8734 Bellanca Ave.
Los Angeles, CA 90045-4412

Envision Capital Group Llc.
23422 Mill Creek Dr., Suite 200
Laguna Hills, CA 92653-7923

Evell Stanley
33851 Kildale Ln.
San Juan Capistrano, CA 92675-4975

Executive Lighting & Electric
1141 N. Cosby Way, Unit A
Anaheim, CA 92806-2007

(p)EXIM ENGINEERING INC
2200 E WINSTON RD
ANAHEIM CA 92806-5536

Financial Pacific Leasing
PO Box 848779
Los Angeles, CA 90084-8779

Fleet Logic LLC, dba
Velocity Truck Rental & Leasing
15724 Valley Blvd.
Fontana, CA 92335-6428

Franchise Tax Board
Bankruptcy Section MS A340
P.O.Box 2952
Sacramento, CA 95812-2952

GOE, Forsythe & Hodges
17701 Cowan, Suite 210
Irvine, CA 92614-6840

Gabriel Yracheta
625 south butler ave
compton, CA 90221-4127

Garcia trucking services
403 east briardale ave apt 13
orange, CA 92865-4380

Glasby Maintenance Supply
116 E. Orangethorpe Ave
Anaheim, CA 92801-1208

Graymar Environmental Services, LLC
c/o Meservy Law P.C.
London D. Meservy
5060 Shoreham Place, Suite 300
San Diego, CA 92122-5976

Great Western Leasing
2505 McCabe Way, #200
Irvine, CA 92614-6270

HYG Financial Services, Inc.
PO Box 77102
Minneapolis, MN 55480-7102

Hector Jaime Gonzalez
25985 Newport ave
Loma Linda, CA 92354-3881

USA Group Insurance Company
c/o Insurance Company of the West
P.O. Box 509039
San Diego, CA 92150-9039

IM Gold Transport LLC
c/o Maria Guadalupe Martinez Corona
23308 Dolores St
Carson, CA 90745-5304

Imperial Bag
2815 Warner
Irvine, CA 92606-4443

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JHR Transportation llc
15301 studebaker rd
norwalk, CA 90650-5453

Jet Speed Logistics
900 N Arlington Heights Rd Ste 150
Itasca, IL 60143-2866

Jimmel llc
214 turner ave
fullerton, CA 92833-2835

John mari
645 w.santa cruz st. San pedro ca. 90731
San pedro, CA 90731-2025

Juan Castellano
c/o Yashdeep Singh
Yash Law Group
3 Pointe Drive, Suite 203
Brea, CA 92821-7624

Kaiser - Asbury
Kaiser Foundation Health Plan Inc
Po Box 741562
Los Angeles, CA 90004-9562

Kaiser Foundation Health
Worldway Postal Center
PO Box 80204
Los Angeles, CA 90080-0204

Kept Companies
PO Box 36014
Newark, NJ 07188-6006

Kersten & Associates
38 Corporate
Irvine, CA 92606-5105

Krishan Aggarwal
6700 warner ave #8a
huntington beach, CA 92647-5367

LADWP
PO Box 30808
Los Angeles, CA 90030-0808

LEAF
PO Box 5066
Hartford, CT 06102-5066

La Mirada Industrial, LLC
c/o Roberston Properties Group
120 N. Robertson Blvd. 3rd Floor
Los Angeles, CA 90048-3115

Lease Services
PO Box 13604
Philadelphia, PA 19101-3604

Liberty Funding Source Inc.
c/o Joseph S Jacobs Esq.
Ershowsky Verstanding PLLC
290 Central Ave Ste 1 09
Lawrence NY 11559-8507

Liberty Funding Source, Inc,
180 Maiden Lane
New York, NY 10038-4925

Lightning Messenger Express
PO Box 12424
San Diego, CA 92112-3424

Los Angeles Freightliner
Los Angeles Truck Centers, Llc
PO Box 101284
Pasadena, CA 91189-0005

MNY Capital LLC
TopLine Recovery
1078 Summit Ave, Suite 104
Jersey City, NJ 07307-3438

Mcfarland Property
Blair Pence Investmet Corp
12121 Wilshire Blvd., Suite 810
Los Angeles, CA 90025-1166

Mckinney Trailer Rentals
PO Box 515574
Los Angeles, CA 90051-4586

Metal World, Inc.
5303 Rosedale Hwy.
Bakersfield, CA 93308-6014

Motel 6/Studio 6
PO Box 846175
Dallas, TX 75284-6175

Mt Hawley Insurance Co. Dept 3350
PO Box 779018
Chicago, IL 60677-9018

Napa Auto Parts - Orange
So Cal Auto And Truck Parts
1422 N. Batavia St.
Orange, CA 92867-3505

Napa Auto Parts Co
Orange County Auto parts
515 E. First St.
Santa Ana, CA 92701-5318

Nationwide Capital Solution LLC
2351 Hylan Blvd.
Staten Island, NY 10306-3131

OSI Staffing Inc.
10913 La Reina Ave.  #B
Downey, CA 90241-3654

Oscar Hernandez
1718 west velencia drive
fullerton, CA 92833-3805

PAC Anchor Transportation, Inc.
425 Quay Avenue
Wilmington, CA 90744-5947

PG&E
Box 997300
Sacramento, CA 95899-7300

(p)PACIFIC GAS & ELECTRIC COMPANY
PO BOX 8329
STOCKTON CA 95208-0329

PNC Equipment Finance
PO Box 31001-2819
Pasadena, CA 91110-0001

Pacific Capital Trucking Group
14805 Los Robles Ave
Hacienda Heights, CA 91745-2615

Pape Kenworth
PO Box 35144 #5077
Seattle, WA 98124-5144

Parkhouse Tire, Inc.
PO Box 2460
Bell, CA 90202-2460

Phoebe Investment, LLC
c/o Elat Properties
Attn: Ray Golbari
801 S Grand Ave., Suite #700
Los Angeles, CA 90017-4635

Pitney Bowes Bank Inc
Purchase Power
PO Box 981026
Boston, MA 02298-1026

Priority1
PO Box 840808
Dallas, TX 75284-0808

Prudential Overall Supply
PO Box 511886
Los Angeles, CA 90051-1827

QBE
RT Workers Comp Specialty
540 W Madison St Fl 8
Chicago, IL 60661-2591

Qualified Mobile, Inc.
1623 Industrial Ave.
Norco, CA 92860-2948

Quality Lift Equipment, Inc.
10845 Norwalk Blvd.
Santa Fe Springs, CA 90670

Quality Permits LLC.
436 E. Vanderbilt Way
San Bernardino, CA 92408-3552

Raulito Rodriguez
19220 chestridge circle
walnut, CA 91789-4188

Rexford Industrial –
11600 Los Nietos LLC
c/o Kimball, Tirey & John LLP
7676 Hazard Center Dr. Suite 900
San Diego, CA 92108-4515

Rialto Pacific, LLC
c/o Jaime Bombard
Nixon Peabody, LLP
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111-3602

Ricardo robeson
12113 achilles st
norwalk, CA 90650-1824

Richard C Coats Jr
5387 Carol Way
Jurupa Valley, CA 92509-6804

Ruedas trucking llc
2770 griffin way
corona, CA 92879-5896

Russell Loud
33851 Kildare Ln.
San Juan Capistrano, CA 92675-4975

SARY ABBAS KHADER ABUSHAMMA
25042 OAK STREET #9
LOMITA, CA 90717-2275

SC Fuels
PO Box 14014
Orange, CA 92863-1414

(p)SOUTHERN CALIFORNIA EDISON COMPANY
1551 W SAN BERNARDINO ROAD
COVINA CA 91722-3407

Sam Dunnam
4016 Villa Flora St
Las Vegas, NV 89130-2632

Sealead Container Detention
5350 W. Hillsboro Blvd, Suite 107
Coconut Creek, FL 33073-4396

Shlomo Peneby
13272 Edwards St
Westminster, CA 92683-2143

(p)SMB BANKRUPTCIES
1600 DUBLIN RD
FLOOR 3
COLUMBUS OH 43215-2095

Spring
c/o Lexington Recovery LLC
222 W 37th St, 9th FL
New York, NY 10018-9144

Spring Funding OFG LLC
c/o Evridike Kollis, Esq
Kollis Law PLLC
222 W 37th St 8th Floor
New York, NY 10018-9030

Standard HR Solutions
960 N. Tustin Street  #140
Orange, CA 92867-5956

Suburban Water Systems
PO Box 6105
Covina, CA 91722-5105

(p)LOS ANGELES SUPERIOR COURT
111 N HILL STREET
LOS ANGELES CA 90012-3115

Superior Court of California
County of Los Angeles
Southeast District - Norwalk Court
12720 Norwalk Blvd.
Norwalk, CA 90650-3189

Suppose U Drive
3809 San Fernando Rd.
Glendale, CA 91204-2796

Supreme Court of State of New York
County of Monroe
Monroe County Hall of Justice
99 Exchange Blvd
Rochester, NY 14614-2187

Supreme Court of State of New York
County of Rockland
1 South Main Street
New City, NY 10956-3549

Supreme Court of State of New York
Washington County
383 Broadway
Fort Edward, NY 12828-1001

(p)T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

TEC Equipment, Inc.
PO Box 743077
Los Angeles, CA 90074-3077

TPX Communications
PO Box 104346
Pasadena, CA 91189-4346

TQL
PO Box 634558
Cincinnati, OH 45263-4558

Terminal Lift Services Llc.
PO Box 911006
Los Angeles, CA 90091-1006

The Baldwin Group
15901 Red Hill Ave., Ste 100
Tustin, CA 92780-7318

Timothy Baptista
10641 ranney ave
garden grove, CA 92843-3329

Toldeo Group Transportation LLC
5892 Quinn St
Bell Gardens, CA 90201-5544

Triple Platinum Transportation
c/o Latrina Woods
15113 Paddock Ct.
Victorville, CA 92394-7426

US Premium Finance
3500 Parkway Ln # 300,
Norcross, GA 30092-2832

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Vestis
PO Box 101189
Pasadena, CA 91189-0005

Veterans Logistics Group
4864 W 134th St.
Hawthorne, CA 90250-5057

Visual Edge It, Inc.
File 2594
1801 W. Olympic Blvd.
Pasadena, CA 91199-2594

Wells Fargo Vendor Financial Servic
Financial Services, LL
PO Box 030310
Los Angeles, CA 90030-0310

Wilmington Storage Partners, LP
652 Chautauqua Blvd.
Pacific Palisades, CA 90272-4408

Wynwest Advance LLC
c/o Jack Madeb Esq
Madeb Law PLLC
2415 Coney Island Ave 2nd Fl
Brooklyn NY 11223-5021

Wynwest Advance, LLC
66 Park Avenue,
Albany, NY 12202-1723

austin ranch bustamante
1152 north west st #j1
anaheim, CA 92801-2923

alberto ruiz
2191 harbor blvd #16
costa mesa, CA 92627-2560

alvaro ojeda transport llc
9120 poplar ave.
fontana, CA 92335-4449

amgad alzyout
2130 w crescent ave
anaheim, CA 92801-3802

baoul express
9713 rosemary dr
cypress, CA 90630-4042

big pacific freightlines llc
2403 west almond ave
orange, CA 92868-3409

bjl trucking
270 sultana ave
upland, CA 91786-6735

carlos matus
11247 cecilia st
downey, CA 90241-3117

ceclia monzon
p.o box 3014
covina, CA 91722-9014

daniel glennon
147 west lincoln ave #308
anaheim, CA 92805

douglas yoon
21317 bloomfield ave #102
lakewood, CA 90715-2388

dvc venture
1414 west central ave #19
brea, CA 92821-2405

edmund brennan miley
po box #26791
santa ana, CA 92799-6791

edna ortega
6612 marlow ave
bell gardens, CA 90201-3036

eric valenzuela
427 navajo springs rd
diamond bar, CA 91765-1320

exp freight solutions llc
4804 ophelia lane
ontario, CA 91762-7326

freeway delivery
po box 3014
covina, CA 91722-9014

gt express 1
10573 west pico blvd #30
los angeles, CA 90064-2333

h.r.j transportation llc
6630 crossway dr
pico rivera, CA 90660-3747

hdq trucking
14246 weeping willow ln
fontana, CA 92337-0732

im gold transport llc
23308 dolores st
carson, CA 90745-5304

j torres transport inc
3565 west ball rd
anahiem, CA 92804-3605

j.r loads llc
c/o JUstin ROmero
15186 merrill ave
fontana, CA 92335-4339

jacobs transportation llc
6805 hollenbeck st
huntington park, CA 90255-5519

jesus saldana
270 sultana ave
Upland, CA 91786-6735

jorge fernandez
3553 los flores blvd apt c
lynwood, CA 90262-2630

jorge medina guerrero
2702 augustine ct
los angeles, CA 90031-2022

kenneth a brandon
20702 el toro rd apt.345
lake forest, CA 92630-6130

kenneth brandon
20702 el toro road apt 345
lake forest, CA 92630-6130

martinez truck service
10511 mast ave
garden grove, CA 92843-5115

mata transportation llc
2778 prospect ave
riverside, CA 92507-5642

matthew vanasse
22017 valley terrace
wildomar, CA 92595-8112

memorial transport
7189 9th st. apt.C
Buena park, CA 90621-2647

mendglez transportation inc
551 s santa mariana ave
la puente, CA 91746-1852

pantera transport inc
c/o Servio Luevano
2634 jurado st.
haciend heights, CA 91745-4425

rayata jones
23151 tulip st.
lake forest, CA 92630-4534

rene e delivery
9487 briarwood
fontana, CA 92335-8706

ricardo antonio morales sezena
176 west elmwood ave apt.F
Burbank, CA 91502-2220

ricardo benavides
9418 olive st
bellflower, CA 90706-4516

ruben martinez
10511 mast ave
garden grove, CA 92843-5115

sakhorn sy
1990 myrtle ave
long beach, CA 90806-5616

sam el fattal
24910 eucalyptus ave
moreno valley, CA 92553-3708

triple platinum transportation
15113 paddock ct
victorville, CA 92394-7426

Eric Bensamochan
The Bensamochan Law Firm, Inc.
2566 Overland Ave, Ste 650
Los Angeles, CA 90064-3371

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Exim Engineering Inc.
2200 E Winston Rd,
Anaheim, CA 92806

Internal Revenue Service
Dept of the Treasury
Ogden, UT 84201

PG&E
PO BOX 8329
C/O BANKRUPTCY
STOCKTON, CA 95208

SCE
P.O. Box 300
Rosemead, CA 91772

Spectrum
Charter Communications
PO Box 223085
Pittsburgh, PA 15251-2085

Superior Court of California
County of Los Angeles
Los Angeles Courthouse
111 North Hill Street
Los Angeles, CA 90012

(d)Superior Court of California
County of Los Angeles
Stanley Mosk Courthouse
111 N Hill Street
Los Angeles, CA 90012

(d)Superior Court of California
County of Los Angeles
Stanley Mosk Courthouse
111 North Hill Street
Los Angeles, CA 90012

T-Mobile
PO Box 742596
Cincinnati, OH 45274

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(u)GrayMar Environmental Services, LLC

(u)Irvine

(u)Jet Speed Claim

(d)Pacific Capital Trucking Group LLC
14805 los robles ave
hacienda heights, CA 91745-2615

(u)SAM (Trucks)

(d)toldeo group transportation llc
5892 quinn st.
bell gardens, CA 90201-5544

End of Label Matrix
Mailable recipients    195
Bypassed recipients      7
Total                  202