ERIC BENSAMOCHAN, Esq.   SBN 255482
2566 Overland Ave Suite 650
Los Angeles, CA 90064
Tel.  (818) 574-5740
Email: eric@eblawfirm.us

Attorney for Debtor in Possession Orange Courier, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Orange Courier, Inc,<br><br>Debtor. | Case No.  2:25-bk-20443-DS<br><br>Chapter 11<br><br>**STIPULATION BETWEEN ORANGE COURIER, INC. BY AND THROUGH COUNSEL ERIC BENSAMOCHAN AND THE OFFICE OF THE UNITED STATES TRUSTEE THROUGH ITS COUNSEL NOREEN MADOYAN FOR THE IMMEDIATE APPOINTMENT OF A CHAPTER 11 TRUSTEE.** |

   This stipulation is entered into by and between Orange Courier, Inc. (herein referred to as "<u>Debtor</u>"), by and through its' attorney of record Eric Bensamochan, Esq., and The Office of the United States Trustee, through its attorney of record, Noreen Madoyan, Esq.

///

///

///

## RECITALS

1. On November 21, 2025, the Debtor filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code.

2. On November 24, 2025, the Debtor filed emergency motions for Authority to (1) Pay Pre-Petition Priority Wages, Compensation and Employee Benefits; (2) Continue Payment of Wages, Compensation and Employee Benefits in The Ordinary Course; And (3) Authorizing And Directing Financial Institutions to Process and Pay All Checks Presented for Payment and to Honor All Fund Transfer Requests Made by Detor Relating to the Foregoing (the "Wage Motion", Docket No. 7).

3. As part of that motion the Debtor submitted its list of full-time regular employees, both hourly and salaried.

4. On January 8, 2026, the Debtor caused to be filed an application to employ JS Held to provide bookkeeping and financial consulting services for the Debtor (Docket No. 66).

5. JS Held began work immediately to provide the necessary financial and bookkeeping support.

6. Recently, certain financial irregularities were discovered. Namely several pre-petition transfers during the month of November 2025 totaling $160,000.00 from the Debtors business account to its principal's personal account. It was further discovered that a post-petition transfer was made from the Debtor's business account to its principal's personal account in the amount of $20,000.00 (*See* Table of Transfers Attached Hereto as Exhibit "A").

7. As JS Held continued to augment and support the financials of the Debtor, it was discovered that seven days post-petition the salaries of two members of the Debtor's management team increased exponentially. One increase was in the amount of $420,000.00 per year in addition to the individual's current salary and

the other went from $92,800.00 per year to over $200,000.00 per year in total (together, the "Management Salaries").

8. According to payroll information provided pre-petition and post-petition for purposes of the "Payroll Motion", the Management Salaries were identical, but rather reflected the Debtor paid the increased salaries since December 2025. *See* attached hereto as Exhibit "B" a true and correct copy of the prior salaries as disclosed on Docket No. 7, and a true and correct copy of the February 1-14th payroll register showing the increased salaries.

9. Debtor's counsel has a fiduciary duty to this estate and, after discussion with the Office of the United States Trustee, the determination has been made that it is in the best interests of creditors to have the immediate appointment of a Chapter 11 trustee.

WHEREFORE the parties stipulate to that the U.S. Trustee be directed to immediately appoint a Chapter 11 Trustee who shall have all the rights and powers and shall perform all the functions and duties as provided in the Bankruptcy Code.

**IT IS SO STIPULATED.**

Dated: 03/12/2026          ERIC BENSAMOCHAN, ESQ.

_____
Eric Bensamochan
Attorney for Debtor

Dated: 03/12/2026          OFFICE OF THE UNITES STATES TRUSTEE

_____
Noreen Madoyan
Attorney for the Office of the U.S. Trustee

STIPULATION - 3

the other went from $92,800.00 per year to over $200,000.00 per year in total (together, the "Management Salaries").

8. According to payroll information provided pre-petition and post-petition for purposes of the "Payroll Motion", the Management Salaries were identical, but rather reflected the Debtor paid the increased salaries since December 2025. *See* attached hereto as Exhibit "B" a true and correct copy of the prior salaries as disclosed on Docket No. 7, and a true and correct copy of the February 1-14th payroll register showing the increased salaries.

9. Debtor's counsel has a fiduciary duty to this estate and, after discussion with the Office Of The United States Trustee, the determination has been made that it is in the best interests of creditors to have the immediate appointment of a Chapter 11 trustee.

WHEREFORE the parties STIPULATE to that the U.S. Trustee be directed to immediately appoint a Chapter 11 Trustee who shall have all the rights and powers and shall perform all the functions and duties as provided in the Bankruptcy Code.

**IT IS SO STIPULATED.**

Dated: 03/12/2026     ERIC BENSAMOCHAN, ESQ.

Eric Bensamochan
Attorney for Debtor

Dated: 03/12/2026     OFFICE OF THE UNITES STATES TRUSTEE

Noreen Madoyan
Attorney for the Office of the U.S. Trustee

STIPULATION - 3

# Exhibit A

Main Document    Page 6 of 11

| Account | Date | Category | Disbursements |
|---|---|---|---|
| PPB-3803 | 11/03/25 | To Evell Personal PPB-3837 | 8,000.00 |
| PPB-3803 | 11/03/25 | To Evell Personal PPB-3837 | 120,000.00 |
| PPB-3803 | 11/17/25 | To Evell Personal PPB-3837 | 10,000.00 |
| PPB-3803 | 11/18/25 | To Evell Personal PPB-3837 | 11,000.00 |
| PPB-3803 | 11/19/25 | To Evell Personal PPB-3837 | 8,000.00 |
| PPB-3803 | 11/20/25 | To Evell Personal PPB-3837 | 3,000.00 |
| PPB-3803 | 11/25/25 | To Evell Personal PPB-3837 | 20,000.00 |

# Exhibit B

Case 2:25-bk-20443-DS    Doc 7    Filed 11/24/25    Entered 11/24/25 17:32:02    Desc
Main Document    Page 24 of 36

Orange County, Inc.
Employee Contact List

| Employee | Salary | Earnings 1/Rate | Federal Filing Status | Federal Allowances | Federal Extra Amount | Claim Dependent | State Filing Status | State Allowances | State Extra Amount |
|---|---|---|---|---|---|---|---|---|---|
| #1006 GARY SPURLOCK | 0.00 | Hourly Rate 25.00 | Single / Single or Married filing separately | 0 | 0.00 | 0.00 | Married (one income) | 2 | 0.00 |
| #1012 CRISTINA JIMENEZ | 0.00 | Hourly Rate 19.00 | Single / Single or Married filing separately | 0 | 0.00 | 0.00 | Single | 0 | 0.00 |
| #1013 PAUL J. ROMAN | 55,000.00 | Salary 55,000.00 | Married / Married filing Jointly | 5 | 0.00 | 2,000.00 | Married (two incomes) | 2 | 0.00 |
| #1016 HUGO LABRA | 0.00 | Hourly Rate 19.00 | Single / Single or Married filing separately | 0 | 0.00 | 8,000.00 | Single | 4 | 0.00 |
| #1024 JOSE A. RODRIGUEZ | 46,800.00 | Salary 46,800.00 | Single / Single or Married filing separately | 0 | 0.00 | 0.00 | Single | 2 | 0.00 |
| #1025 ABELINO A. GONZALEZ | 0.00 | Hourly Rate 27.66 | Married / Married filing Jointly | 6 | 0.00 | 0.00 | Married (one income) | 6 | 0.00 |
| #1030 RUBEN MEJIA | 0.00 | Hourly Rate 19.00 | Single / Single or Married filing separately | 0 | 0.00 | 0.00 | Single | 0 | 0.00 |
| #1032 ANTONIO CEJA | 0.00 | Hourly Rate 18.00 | Don't Withhold / Exempt | 0 | 0.00 | 0.00 | Head of Household | 1 | 0.00 |
| #1033 RAFAEL MARTINEZ | 0.00 | Hourly Rate 19.00 | Single / Single or Married filing separately | 0 | 0.00 | 2,500.00 | Married (one income) | 6 | 0.00 |
| #1039 TOMAS MARTINEZ | 0.00 | Hourly Rate 18.00 | Single / Single or Married filing separately | 0 | 0.00 | 1,000.00 | Single | 2 | 0.00 |
| #1041 SANDRA R. GUERRERO | 0.00 | Hourly Rate 19.00 | Single / Single or Married filing separately | 0 | 0.00 | 500.00 | Single | 1 | 0.00 |
| #1042 MARIA N. HERMOSILLO | 0.00 | Hourly Rate 25.00 | Head of household | 0 | 0.00 | 6,500.00 | Single | 1 | 0.00 |
| #1054 SHAUN T. CORTES | 0.00 | Hourly Rate 18.00 | Single / Single or Married filing separately | 0 | 0.00 | 0.00 | Single | 0 | 0.00 |
| #1063 BREANN DE LA TORRE | 58,372.60 | Salary 58,372.60 | Single / Single or Married filing separately | 0 | 0.00 | 0.00 | Single | 0 | 0.00 |
| #1073 SALVADOR DIAZ | 0.00 | Hourly Rate 21.50 | Single / Single or Married filing separately | 0 | 0.00 | 0.00 | Single | 0 | 0.00 |
| #1078 GERARDO R. JAIME | 0.00 | Hourly Rate 20.00 | Single / Single or Married filing separately | 0 | 0.00 | 6,000.00 | Single | 0 | 0.00 |
| #1079 HEATHER R. DEE | 0.00 | Hourly Rate 19.00 | Single / Single or Married filing separately | 0 | 0.00 | 0.00 | Single | 0 | 0.00 |
| #1082 ALEJANDRO SERVIN | 0.00 | Hourly Rate 20.00 | Head of household | 0 | 0.00 | 1,000.00 | Head of Household | 2 | 0.00 |
| #1083 THOMAS D. GORALSKI | 0.00 | Hourly Rate 18.00 | Head of household | 0 | 0.00 | 0.00 | Single | 0 | 0.00 |
| #1084 ALONDRA MARTINEZ | 62,500.00 | Salary 62,500.00 | Single / Single or Married filing separately | 0 | 0.00 | 4,000.00 | Single | 2 | 0.00 |
| #1090 JOSE F. JANDRES | 0.00 | Hourly Rate 18.00 | Single / Single or Married filing separately | 0 | 0.00 | 0.00 | Single | 0 | 0.00 |
| #1092 CARLOS PALMA | 0.00 | Hourly Rate 24.00 | Married / Married filing Jointly | 0 | 0.00 | 0.00 | Married (two incomes) | 0 | 0.00 |
| #1105 SAMEOUN S. ENG | 0.00 | Hourly Rate 24.00 | Single / Single or Married filing separately | 0 | 0.00 | 0.00 | Single | 0 | 0.00 |
| #1108 ULISES INIGUEZ | 0.00 | Hourly Rate 18.00 | Single / Single or Married filing separately | 0 | 0.00 | 6,000.00 | Single | 0 | 0.00 |
| #1109 PAUL C. TODD | 0.00 | Hourly Rate 19.50 | Single / Single or Married filing separately | 0 | 0.00 | 25.00 | Single | 0 | 0.00 |
| #1115 JOSE D. HERMOSILLO | 0.00 | Hourly Rate 19.50 | Head of household | 0 | 0.00 | 0.00 | Single | 1 | 0.00 |
| #1120 GILBERT SAUCEDA | 63,600.00 | Salary 63,600.00 | Married / Married filing jointly | 0 | 0.00 | 2,000.00 | Head of Household | 0 | 0.00 |
| #1123 CARLOS D. ROMERO | 0.00 | Hourly Rate 19.00 | Married / Married filing jointly | 0 | 0.00 | 2,000.00 | Married (one income) | 1 | 0.00 |
| #1129 EMILY N. RAMIREZ | 0.00 | Hourly Rate 22.00 | Head of household | 0 | 0.00 | 6,000.00 | Head of Household | 3 | 0.00 |
| #1131 MIKE S. HAMMERSTROM | 0.00 | Hourly Rate 16.00 | Single / Single or Married filing separately | 2 | 0.00 | 0.00 | Single | 2 | 0.00 |
| #1131 GALDINO GONZALEZ VICTORIO | 77,376.00 | Salary 77,376.00 | Married / Married filing jointly | 3 | 0.00 | 0.00 | Married (one income) | 3 | 0.00 |
| #1132 CHARLENE A. LASTER | 0.00 | Hourly Rate 20.00 | Head of household | 0 | 0.00 | 500.00 | Head of Household | 0 | 0.00 |
| #1135 ALEXIS J. ESQUIVEL | 0.00 | Hourly Rate 17.00 | Single / Single or Married filing separately | 0 | 0.00 | 0.00 | Single | 0 | 0.00 |
| #1136 ERIKA C. ROMERO | 0.00 | Hourly Rate 18.00 | Head of household | 0 | 0.00 | 2,000.00 | Head of Household | 0 | 0.00 |
| #1138 CRISTAL S. VIRAMONTEZ | 0.00 | Hourly Rate 25.00 | Single / Single or Married filing separately | 0 | 0.00 | 5,000.00 | Single | 6 | 0.00 |
| #1142 ANTONIO VIZCARRA | 0.00 | Hourly Rate 18.00 | Married / Married filing jointly | 0 | 0.00 | 500.00 | Married (one income) | 0 | 0.00 |
| #1146 DAMIAN C. ARAUJO | 0.00 | Hourly Rate 17.00 | Single / Single or Married filing separately | 0 | 0.00 | 2,000.00 | Single | 0 | 0.00 |
| #1150 ROSALINDA M. MISHLOVE | 0.00 | Hourly Rate 16.00 | Married using Single Rate | 0 | 0.00 | 0.00 | Married (two incomes) | 2 | 0.00 |
| #1151 ALBA L. MONTES | 65,000.00 | Salary 65,000.00 | Married / Married filing jointly | 0 | 0.00 | 4,500.00 | Married (one income) | 6 | 0.00 |
| #1154 LUIS M. BUENROSTRO | 65,000.00 | Salary 65,000.00 | Single / Single or Married filing separately | 0 | 0.00 | 2,000.00 | Married (two incomes) | 0 | 0.00 |
| #1157 MARY SUE PEREZ | 0.00 | Hourly Rate 25.00 | Married / Married filing jointly | 0 | 0.00 | 1,500.00 | Married (one income) | 3 | 0.00 |
| #1160 ALEX D. LOPEZ | 65,000.00 | Salary 65,000.00 | Single / Single or Married filing separately | 0 | 0.00 | 500.00 | Single | 0 | 0.00 |
| #1163 ADRIANNE M. JOHNSON | 0.00 | Hourly Rate 26.00 | Single / Single or Married filing separately | 0 | 0.00 | 500.00 | Single | 0 | 0.00 |
| #1165 DORAINE GOYTIA | 0.00 | Hourly Rate 29.00 | Head of household | 0 | 0.00 | 1,000.00 | Head of Household | 2 | 0.00 |
| #1166 MAURICIO MERINO | 0.00 | Hourly Rate 18.00 | Single / Single or Married filing separately | 0 | 0.00 | 0.00 | Single | 0 | 0.00 |
| #1171 MOHAMMAD SHEHRYAR | 56,160.00 | Salary 56,160.00 | Single / Single or Married filing separately | 0 | 0.00 | 0.00 | Single | 0 | 0.00 |
| #1172 CHARLES K. YOON | 26,000.00 | Salary 26,000.00 | Married / Married filing jointly | 0 | 0.00 | 0.00 | Married (two incomes) | 0 | 0.00 |
| #1234 ALEXANDER DIAZ | 92,500.00 | Salary 92,500.00 | Don't Withhold / Exempt | 2 | 0.00 | 0.00 | Married (one income) | 0 | 100.00 |
| #1247 KIMBERLY S. BEEBE | 0.00 | Hourly Rate 22.50 | Single / Single or Married filing separately | 2 | 0.00 | 0.00 | Single | 2 | 0.00 |
| #1288 SERGIO F. PENA | 67,600.00 | Salary 67,600.00 | Don't Withhold / Exempt | 0 | 0.00 | 0.00 | Married (one income) | 0 | 0.00 |
| #1313 MICHELLE R. GREFFEY | 0.00 | Hourly Rate 19.50 | Married using Single Rate | 0 | 0.00 | 0.00 | Married (two incomes) | 0 | 0.00 |
| #1326 ANACLETO GREFFEY | 0.00 | Hourly Rate 16.50 | Married using Single Rate | 0 | 0.00 | 0.00 | Married (two incomes) | 0 | 0.00 |
| #1365 ARDERRIOUS D. A-STON | 0.00 | Hourly Rate 16.00 | Single / Single or Married filing separately | 4 | 0.00 | 0.00 | Single | 4 | 0.00 |
| #1380 PAULA R. REED | 0.00 | Hourly Rate 20.00 | Single / Single or Married filing separately | 7 | 0.00 | 0.00 | Single | 7 | 0.00 |
| #1387 CHARLIE S. HERD | 62,400.00 | Salary 62,400.00 | Married / Married filing jointly | 3 | 0.00 | 0.00 | Married (two incomes) | 3 | 0.00 |
| #171 DERRICK LAMPKIN | 0.00 | Commission 0.00 | Single / Single or Married filing separately | 1 | 0.00 | 0.00 | Single | 1 | 0.00 |
| #227 RICHARD L. NELSON | 0.00 | Commission 0.00 | Single / Single or Married filing separately | 0 | 0.00 | 0.00 | Head of Household | 2 | 0.00 |
| #2433 JOHN A. LAGUERRE | 44,200.00 | Salary 44,200.00 | Single / Single or Married filing separately | 0 | 0.00 | 0.00 | Single | 1 | 0.00 |
| #2456 ORLANDO Q. THOMPSON JR. | 0.00 | Hourly Rate 22.00 | Head of household | 0 | 0.00 | 0.00 | Head of Household | 0 | 0.00 |
| #2458 GEORGE R. PALMA | 0.00 | Hourly Rate 19.00 | Head of household | 4 | 0.00 | 10,000.00 | Head of Household | 0 | 0.00 |

11/16/25                                                                                             Page 1 of 2

Employee Contact List

11/10/25

| Employee | Salary | Earnings 1/Rate | Federal Filing Status | Federal Allowances | Federal Extra Amount | Claim Dependent | State Filing Status | State Allowances | State Extra Amount |
|---|---|---|---|---|---|---|---|---|---|
| #2703 LEONARDO JAURIGUE | 0.00 | Hourly Rate 25.00 | Married / Married filing jointly | 0 | 0.00 | 3,000.00 | Married (one income) | 0 | 0.00 |
| #2708 ALAN SANTANA | 0.00 | Hourly Rate 23.00 | Single / Single or Married filing separately | 0 | 0.00 | 0.00 | Single | 0 | 0.00 |
| #2709 NATHAN T. MCNAMARA | 0.00 | Hourly Rate 25.00 | Single / Single or Married filing separately | 0 | 0.00 | 0.00 | Single | 0 | 0.00 |
| #2711 TONY L. LARDELL | 0.00 | Hourly Rate 28.00 | Single / Single or Married filing separately | 0 | 0.00 | 0.00 | Single | 0 | 0.00 |
| #2712 MARCELO H. LOPEZ | 0.00 | Hourly Rate 25.00 | Married / Married filing jointly | 0 | 0.00 | 500.00 | Married (one income) | 0 | 0.00 |
| #2721 ALICIA M. ALEXANDER | 0.00 | Hourly Rate 25.00 | Head of household | 0 | 0.00 | 2,000.00 | Head of Household | 1 | 0.00 |
| #2725 MICHAEL A. POWELL | 0.00 | Hourly Rate 25.00 | Don't Withhold / Exempt | 0 | 0.00 | 0.00 | Single | 0 | 0.00 |
| #2732 NICOLAS A. ARAYA | 0.00 | Hourly Rate 25.00 | Married / Married filing jointly | 0 | 0.00 | 4,000.00 | Married (one income) | 3 | 0.00 |
| #2738 JESUS A. VILLELA JR. | 0.00 | Hourly Rate 25.00 | Married / Married filing jointly | 0 | 0.00 | 4,000.00 | Married (one income) | 0 | 0.00 |
| #2755 JUAN J. NAVARRO | 0.00 | Hourly Rate 25.00 | Married / Married filing jointly | 0 | 0.00 | 0.00 | Married (one income) | 0 | 0.00 |
| #2768 TITUS A. JONES | 0.00 | Hourly Rate 26.00 | Married / Married filing jointly | 2 | 0.00 | 0.00 | Married (one income) | 0 | 0.00 |
| #2763 MANUEL HERNANDEZ | 0.00 | Hourly Rate 25.00 | Married using Single Rate | 1 | 0.00 | 0.00 | Head of Household | 3 | 0.00 |
| #2789 THE T. TRAN | 0.00 | Hourly Rate 20.00 | Married / Married filing jointly | 0 | 0.00 | 0.00 | Married (one income) | 1 | 0.00 |
| #2792 MARIO PAZ | 0.00 | Hourly Rate 25.50 | Single / Single or Married filing separately | 3 | 0.00 | 0.00 | Married (one income) | 0 | 0.00 |
| #3417 LEO ORTEGA | 0.00 | Hourly Rate 16.00 | Single / Single or Married filing separately | 1 | 0.00 | 0.00 | Single | 0 | 0.00 |
| #3711 DAVID A. ROSETTI | 0.00 | Hourly Rate 24.00 | Single / Single or Married filing separately | 0 | 0.00 | 0.00 | Single | 0 | 0.00 |
| #3762 GARY M. GRUBER | 0.00 | Hourly Rate 25.00 | Single / Single or Married filing separately | 0 | 0.00 | 0.00 | Single | 0 | 0.00 |
| #3763 MARVIN L. WINBUSH | 0.00 | Hourly Rate 25.00 | Head of household | 0 | 0.00 | 4,000.00 | Head of Household | 0 | 0.00 |
| #3797 MICHAEL G. MORGAN | 0.00 | Hourly Rate 24.50 | Single / Single or Married filing separately | 10 | 0.00 | 0.00 | Single | 0 | 0.00 |
| #4418 JESUS A. ORTEGA | 0.00 | Hourly Rate 20.00 | Single / Single or Married filing separately | 0 | 0.00 | 0.00 | Married (two incomes) | 0 | 0.00 |
| #4422 JUAN M. MEDRANO | 0.00 | Hourly Rate 25.00 | Married / Married filing jointly | 0 | 0.00 | 0.00 | Married (two incomes) | 0 | 0.00 |
| #4430 ROBERT L. HOLSINGER | 0.00 | Hourly Rate 19.00 | Single / Single or Married filing separately | 0 | 0.00 | 0.00 | Single | 0 | 10.00 |
| #4431 DANIEL J. GIL | 0.00 | Hourly Rate 20.00 | Single / Single or Married filing separately | 0 | 0.00 | 0.00 | Single | 0 | 0.00 |
| #4459 RICHARD G. PAEZ | 0.00 | Hourly Rate 25.00 | Head of household | 0 | 0.00 | 500.00 | Single | 0 | 0.00 |
| #4466 CHRISTOPHER L. TRUJILLO | 0.00 | Hourly Rate 20.00 | Single / Single or Married filing separately | 0 | 0.00 | 18,500.00 | Married (two incomes) | 9 | 0.00 |
| #4468 JOSE A. GUTIERREZ | 0.00 | Hourly Rate 18.00 | Single / Single or Married filing separately | 0 | 40.00 | 0.00 | Single | 0 | 30.00 |
| #4481 HERMAN ANGOL | 0.00 | Hourly Rate 19.00 | Head of household | 0 | 0.00 | 4,000.00 | Head of Household | 0 | 0.00 |
| #4487 DANIEL S. VALDEZ | 0.00 | Hourly Rate 16.00 | Married / Married filing jointly | 0 | 0.00 | 0.00 | Married (one income) | 0 | 0.00 |
| #4498 KEVIN F. KENNEDY | 0.00 | Hourly Rate 19.00 | Married / Married filing jointly | 2 | 0.00 | 0.00 | Married (one income) | 2 | 0.00 |
| #4512 SAMMY O. COLON | 0.00 | Hourly Rate 17.00 | Single / Single or Married filing separately | 0 | 0.00 | 0.00 | Single | 0 | 0.00 |
| #4500 GLENN LONG | 0.00 | Hourly Rate 27.00 | Married / Married filing jointly | 1 | 0.00 | 0.00 | Married (one income) | 1 | 0.00 |
| #4603 WAYNE GRAHAM | 0.00 | Hourly Rate 26.00 | Single / Single or Married filing separately | 0 | 0.00 | 0.00 | Married (one income) | 0 | 0.00 |
| #4625 ROWLAN M. HILL | 0.00 | Hourly Rate 24.00 | Single / Single or Married filing separately | 0 | 0.00 | 4,500.00 | Single | 0 | 0.00 |
| #4630 TYLER C. BODEMER | 0.00 | Hourly Rate 26.00 | Married / Married filing jointly | 0 | 0.00 | 0.00 | Married (two incomes) | 0 | 0.00 |
| #4645 DWIGHT A. HILL | 0.00 | Hourly Rate 22.00 | Head of household | 0 | 0.00 | 8,500.00 | Head of Household | 1 | 0.00 |
| #4759 MICHAEL A. DIAZ | 0.00 | Hourly Rate 28.00 | Married / Married filing jointly | 18 | 0.00 | 0.00 | Married (one income) | 18 | 0.00 |
| #4780 JOSE LUIS VALLE GARCIA | 0.00 | Hourly Rate 27.50 | Married / Married filing jointly | 2 | 0.00 | 0.00 | Head of Household | 2 | 0.00 |
| #4911 TIMOTHY THOMPSON | 72,800.00 | Salary 72,800.00 | Single / Single or Married filing separately | 1 | 0.00 | 0.00 | Single | 1 | 0.00 |
| #4916 TIMOTHY BLAIR | 65,000.00 | Salary 65,000.00 | Single / Single or Married filing separately | 0 | 0.00 | 0.00 | Single | 0 | 0.00 |
| #4917 WILLIAM MISHLOVE | 0.00 | Hourly Rate 20.00 | Single / Single or Married filing separately | 1 | 0.00 | 0.00 | Single | 1 | 0.00 |
| #4920 JOEL NUNEZ | 75,000.00 | Salary 75,000.00 | Single / Single or Married filing separately | 0 | 0.00 | 0.00 | Single | 0 | 0.00 |
| #4923 ARIEL G. RAMIREZ | 0.00 | Hourly Rate 19.10 | Married / Married filing jointly | 6 | 0.00 | 0.00 | Single | 6 | 0.00 |
| #4940 EDMUND F. LONGWORTH | 0.00 | Hourly Rate 21.00 | Single / Single or Married filing separately | 1 | 0.00 | 0.00 | Single | 0 | 0.00 |
| #4942 BRANDON RUBEN | 90,000.00 | Salary 90,000.00 | Single / Single or Married filing separately | 4 | 0.00 | 0.00 | Single | 5 | 0.00 |
| #4948 DIANE SMITH | 0.00 | Hourly Rate 20.58 | Single / Single or Married filing separately | 5 | 0.00 | 0.00 | Single | 5 | 0.00 |
| #4955 CLARENCE GIBBS | 72,543.12 | Salary 72,543.12 | Married / Married filing jointly | 10 | 0.00 | 0.00 | Married (one income) | 10 | 0.00 |
| #4972 JULIE I. COATS | 96,100.00 | Salary 96,100.00 | Married / Married filing jointly | 1 | 0.00 | 0.00 | Married (one income) | 0 | 0.00 |
| #4979 DEBORAH THOMPSON | 0.00 | Hourly Rate 21.76 | Single / Single or Married filing separately | 1 | 0.00 | 0.00 | Single | 1 | 0.00 |
| #4994 MOISES GONZALEZ | 77,376.00 | Salary 77,376.00 | Married / Married filing jointly | 5 | 0.00 | 0.00 | Married (one income) | 5 | 0.00 |
| #4997 RUSSELL LOUD | 108,400.00 | Salary 108,400.00 | Single / Single or Married filing separately | 0 | 50.00 | 0.00 | Single | 0 | 40.00 |
| #4501 CHRISTOPHER W. BOYER | 80,000.00 | Salary 80,000.00 | Single / Single or Married filing separately | 0 | 0.00 | 0.00 | Single | 0 | 0.00 |
| #4805 FRANK J. BANNISTER | 0.00 | Hourly Rate 32.75 | Married / Married filing jointly | 9 | 0.00 | 0.00 | Married (one income) | 4 | 0.00 |
| #4807 JUSTIN R. BREWER | 0.00 | Hourly Rate 17.00 | Single / Single or Married filing separately | 1 | 0.00 | 0.00 | Single | 1 | 0.00 |
| #4609 EMILIANO J. ESPINOZA | 60,000.00 | Salary 60,000.00 | Don't Withhold / Exempt | 5 | 0.00 | 0.00 | Don't Withhold | 0 | 0.00 |
| #4816 ALEC J. NIETO | 0.00 | Hourly Rate 21.00 | Single / Single or Married filing separately | 0 | 0.00 | 0.00 | Single | 1 | 0.00 |
| #4847 RICHARD R. GARCIA | 0.00 | Hourly Rate 20.00 | Single / Single or Married filing separately | 0 | 0.00 | 12,000.00 | Single | 6 | 0.00 |
| #4854 EDGAR MORA | 0.00 | Hourly Rate 21.00 | Single / Single or Married filing separately | 0 | 0.00 | 0.00 | Single | 3 | 0.00 |
| #4857 CHRISTOPHER MEJIA | 0.00 | Hourly Rate 25.00 | Single / Single or Married filing separately | 0 | 0.00 | 4,500.00 | Single | 0 | 0.00 |
| #4859 EDWARD D. ROMERO | 0.00 | Hourly Rate 19.00 | Single / Single or Married filing separately | 0 | 0.00 | 4,000.00 | Single | 0 | 0.00 |

Page 2 of 2

**Diaz, Alexander**
941 ~~MCCORKLE ST 302~~
Torrance, CA 90502

Title 8810: CLERICAL EXEMPT
Status ACT
Type FT
EEO Administrative Support Workers

Employee ID D65559
Dept
W/C CA8810

FLSA Exempt
PayGrd
Salary $9,538.46 Bi-Weekly

Hire 11-10-2025
Term
Review

Employee No 1234
Gender M
DOB 08-29-1964

**Tax Filing Info**

| TYPE | STATUS | ADD'L |
|---|---|---|
| Federal | MJ-0 | |
| CA | MT-3 | |

**Direct Deposit**

| ACCOUNT NO |
|---|
| ######2439 |
| ######7509 |

Print Date & Time 02/18/2026 14:11:39



# Payroll Register
ORANGE COURIER, INC
Payroll # 202616 | Pay Date 02/20/2026 | Pay Period 02/01/2026 to 02/14/2026 - So
Employee Name

**Loud, Russell**
~~32851 Kildare Ln~~
~~SAN JUAN CAPISTRANO, CA 92675-4975~~

Title 8810: CLERICAL EXEMPT
Status ACT
Type FT
EEO Administrative Support Workers

Employee ID B75277
Dept
W/C CA8810

FLSA Exempt
PayGrd
Salary $20,384.62 Bi-Weekly

Hire 11-10-2025
Term
Review

Employee No 997
Gender M
DOB 07-18-1956

**Tax Filing Info**

| TYPE | STATUS | ADD'L |
|---|---|---|
| Federal | SS-15 | |
| CA | S-15/0 | 40.00 |

**Direct Deposit**

| ACCOUNT NO | TRAN |
|---|---|
| ######8234 | ##### |

| In re: <br> **Orange Courier, Inc.** <br> Debtor(s). | CHAPTER: **11** <br> CASE NUMBER: **2:25-bk-20443-DS** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2566 Overland Ave., Suite 650, Los Angeles, CA 90064

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BETWEEN ORANGE COURIER, INC. BY AND THROUGH COUNSEL ERIC BENSAMOCHAN AND THE OFFICE OF THE UNITED STATES TRUSTEE THROUGH ITS COUNSEL NOREEN MADOYAN FOR THE IMMEDIATE APPOINTMENT OF A CHAPTER 11 TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 03/12/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Noreen A Madoyan** Noreen.Madoyan@usdoj.gov
**Alan Craig Hochheiser** ahochheiser@mauricewutscher.com
**William P. Fennell** william.fennell@fennelllaw.com
**Michael N Nicastro** courtfiling@nicastropc.com
**Sherry Anne Lear** slearattorney@gmail.com
**Luis Chaves** luis@ksgklaw.com
**D Max Gardner** dmgardner@dmaxlaw.com
**Marshall F Goldberg** mgoldberg@glassgoldberg.com
**Jennifer Witherell Crastz** jcrastz@hrhlaw.com
**Alan W. Forsley** alan.forsley@flpllp.com
**Stephanie L. Krafchak** krafchak.stephanie1@gmail.com
**Elan S. Levey** elan.levey@usdoj.gov
**Marcella Rose Chambers** mchambers@mckassonklein.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 02/10/2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/12/2026 | Jennifer Svonkin | /s/Jennifer Svonkin |
|---|---|---|

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**