PETER C. ANDERSON
UNITED STATES TRUSTEE
MICHAEL JONES, State Bar No. 271574
ASSISTANT UNITED STATES TRUSTEE
NOREEN A. MADOYAN, State Bar No. 279227
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017
(202) 934-4064 telephone
(213) 894-2603 facsimile
Email: *Noreen.Madoyan@usdoj.gov*

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) Case No.: 2:25-bk-20443-DS |
| | ) |
| **ORANGE COURIER, INC.,** | ) Chapter 11 |
| | ) |
| Debtor. | ) **NOTICE OF APPOINTMENT OF** |
| | ) **CHAPTER 11 TRUSTEE** |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

The United States Trustee appoints David K. Gottlieb as the Chapter 11 trustee in the above-referenced case pursuant to this Court's order entered on March 13, 2026, directing the appointment under 11 U.S.C. § 1104(a).

DATE: March 18, 2026

_____
PETER C. ANDERSON
United States Trustee

1