RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244
Email:  RB@LNBYG.COM; MYK@LNBYG.COM

Proposed Attorneys for David K. Gottlieb,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>ORANGE COURIER, INC.,<br><br><br>Debtor. | Case No. 2:25-BK-20443-DS<br><br>Chapter 7<br><br>**SUPPLEMENT TO APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P., AS GENERAL BANKRUPTCY COUNSEL**<br><br>Date:  April 21, 2026<br>Time:  1:00 p.m.<br>Place:  Courtroom 1639<br>255 E. Temple St.<br>Los Angeles, CA |

David K. Gottlieb, the chapter 7 trustee ("Trustee") of the bankruptcy estate of Orange Courier, Inc., debtor herein (the "Debtor"), hereby files this Supplement to his application ("Application") to employ Levene, Neale, Bender, Yoo & Golubchik, L.L.P. ("LNBYB") as his general bankruptcy counsel, to clarify that his employment of LNBYG is being sought pursuant to 11 U.S.C. §§ 327(a) and 328(a) with compensation determined pursuant to 11 U.S.C. § 330, effective as of March 18, 2026, the date of the Trustee's appointment.

1

Dated:  April 6, 2026                    DAVID K. GOTTLIEB, CHAPTER 7 TRUSTEE

By:  _/s/ Monica Y. Kim_
RON BENDER
MONICA Y. KIM
LEVENE, NEALE, BENDER, YOO
& GOLUBCHIK L.L.P.
Proposed Attorneys for Chapter 7 Trustee

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document **Supplement To Application Of Chapter 7 Trustee To Employ Levene, Neale, Bender, Yoo & Golubchik L.L.P., As General Bankruptcy Counsel** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 6, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Eric Bensamochan    eric@eblawfirm.us, G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us**
- **Marcella Rose Chambers    mchambers@mckassonklein.com, ktanaka@mckassonklein.com**
- **Luis Chaves    luis@ksgklaw.com, fileserve@ksgklaw.com**
- **Jennifer Witherell Crastz    jcrastz@hrhlaw.com**
- **William P. Fennell    william.fennell@fennelllaw.com, william.fennell@fennelllaw.com;samantha.larimer@fennelllaw.com;naomi.cwalinski@fennelllaw.com;office@fennelllaw.com;hala.hammi@fennelllaw.com;wpf@ecf.courtdrive.com**
- **Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com**
- **D Max Gardner    dmgardner@dmaxlaw.com**
- **Marshall F Goldberg    mgoldberg@glassgoldberg.com, jbailey@glassgoldberg.com**
- **David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com**
- **Alan Craig Hochheiser    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com**
- **Monica Y Kim    myk@lnbyg.com, myk@ecf.inforuptcy.com**
- **Stephanie L Krafchak    krafchak.stephanie1@gmail.com, krafchak.stephanie1@gmail.com**
- **Sherry Anne Lear    slearattorney@gmail.com**
- **Elan S Levey    elan.levey@usdoj.gov, usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov**
- **Noreen A Madoyan    Noreen.Madoyan@usdoj.gov, David.S.Shevitz@usdoj.gov**
- **Michael N Nicastro    courtfiling@nicastropc.com**
- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**
- **Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com**

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On **April 6, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Deborah Saltzman
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634 / Courtroom 1639
Los Angeles, CA 90012

☒ *Additional service on attached page*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                          **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 6, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ *Additional service on attached page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 6, 2026 | J. Klassi | /s/ J. Klassi |
|---------------|-----------|---------------|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                    **F 9013-3.1.PROOF.SERVICE**