| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David Berkley (SBN 260105)<br>David.Berkley@wbd-us.com<br>WOMBLE BOND DICKINSON (US) LLP<br>400 Spectrum Center Drive, Suite 1700<br>Irvine, California 92618<br>Telephone: (714) 557-3800<br>Facsimile: (714) 557-3347 | |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* The Huntington National Bank | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  LOS ANGELES DIVISION**

| In re:<br>ORANGE COURIER | CASE NO.: 2:25-20443-DS |
|---|---|
| | CHAPTER: 7 |
| | **NOTICE OF MOTION FOR ORDER CONFIRMING STAY NOT IN EFFECT AS TO CERTAIN PERSONAL PROPERTY**<br>**(with supporting declarations)** |
| Debtor(s). | DATE: 05/05/2026<br>TIME: 1:00 pm<br>COURTROOM: 1639 |

**Movant:** The Huntington National Bank

1. **Hearing Location**:

   ☒ 255 East Temple Street, Los Angeles, CA 90012      ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367   ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

2. Notice is given to the Debtor and trustee (if any)(Responding Parties), their attorneys (if any), and other interested parties that on the date and time and in the courtroom stated above, Movant will request that this court enter an order granting relief from the automatic stay, as to Debtor and Debtor's bankruptcy estate on the grounds set forth in the attached motion.

3. To file a response to the motion, you may obtain an approved court form at www.cacb.uscourts.gov/forms for use in preparing your response (optional LBR form F 4001-1.RFS.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4. When serving a response to the motion, serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above.

5. If you fail to timely file and serve a written response to the motion, or fail to appear at the hearing, the court may deem such failure as consent to granting of the motion.

6. ☒ This motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1(d).  If you wish to oppose this motion, you must file a written response to this motion with the court and serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the hearing and appear at the hearing of this motion.

7. ☐ This motion is being heard on SHORTENED NOTICE pursuant to LBR 9075-1(b).  If you wish to oppose this motion, you must file and serve a response no later than (*date*) _____ and (*time*) _____; and, you may appear at the hearing.

    a. ☐ An application for order setting hearing on shortened notice was not required (according to the calendaring procedures of the assigned judge).

    b. ☐ An application for order setting hearing on shortened notice was filed and was granted by the court and such motion and order have been or are being served upon the Debtor and upon the trustee (if any).

    c. ☐ An application for order setting hearing on shortened notice and remains pending.  After the court has ruled on that application, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

Date:   04/15/2026

Womble Bond Dickinson (US) LLP
Printed name of law firm (if applicable)

David Berkley
Printed name of individual Movant or attorney for Movant

/s/ David Berkley
Signature of individual Movant or attorney for Movant

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*       Page 2       **F 4001-1.RFS.PP.MOTION**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

400 Spectrum Center Drive, Suite 1700, Irvine CA 92618

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION FOR ORDER CONFIRMING STAY NOT IN EFFECT AS TO CERTAIN PERSONAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 15, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Ron Bender     rb@lnbyg.com
Eric Bensamochan     eric@eblawfirm.us,
G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us
Marcella Rose Chambers     mchambers@mckassonklein.com, ktanaka@mckassonklein.com
Luis Chaves     luis@ksgklaw.com, fileserve@ksgklaw.com
Louis J. Cisz     lcisz@nixonpeabody.com, jzic@nixonpeabody.com
Jennifer Witherell Crastz     jcrastz@hrhlaw.com
William P. Fennell     william.fennell@fennelllaw.com,
william.fennell@fennelllaw.com;samantha.larimer@fennelllaw.com;naomi.cwalinski@fennelllaw.com;office@fennelllaw.com;hala.hammi@fennelllaw.com;wpf@ecf.courtdrive.com
Alan W Forsley     alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com
D Max Gardner     dmgardner@dmaxlaw.com
Marshall F Goldberg     mgoldberg@glassgoldberg.com, jbailey@glassgoldberg.com
David Keith Gottlieb (TR)     dkgtrustee@dkgallc.com,
dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com
Hala Hammi     hala.hammi@fennelllaw.com,
william.fennell@fennelllaw.com;samantha.larimer@fennelllaw.com;naomi.cwalinski@fennelllaw.com;office@fennelllaw.com;deanna.maayaa@fennelllaw.com;luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;Fennell.WilliamP.B1
Alan Craig Hochheiser     ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
Georgia Johnson     gjohnson@gibbsgiden.com
Michael Jones     michael.jones4@usdoj.gov
Monica Y Kim     myk@lnbyg.com, myk@ecf.inforuptcy.com
Stephanie L Krafchak     krafchak.stephanie1@gmail.com, krafchak.stephanie1@gmail.com
Sherry Anne Lear     slearattorney@gmail.com
Elan S Levey     elan.levey@usdoj.gov, usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
Noreen A Madoyan     Noreen.Madoyan@usdoj.gov
Michael N Nicastro     courtfiling@nicastropc.com
Joshua L Scheer     jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
Jennifer C Wong     bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐                                                          Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                            **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) April 15, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

John T Mari/Cargo on Time LLC
22638 Figueroa Street #25
Carson, CA 90745

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 15, 2026 | Sul Lee | /s/ Sul Lee |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                    **F 9013-3.1.PROOF.SERVICE**