RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Ave.
Los Angeles, California 90034
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email: RB@LNBYG.COM; MYK@LNBYG.COM

Attorneys for David K. Gottlieb, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:25-BK-20443-DS |
| ORANGE COURIER, INC., | Chapter 7 |
| Debtor. | **CHAPTER 7 TRUSTEE'S RESPONSE TO MOTION BY THE HUNTINGTON NATIONAL BANK FOR ORDER CONFIRMING STAY NOT IN EFFECT AS TO CERTAIN PERSONAL PROPERTY**<br><br>Date:  May 5, 2026<br>Time:  1:00 p.m.<br>Place:  Courtroom 1639<br>  255 E. Temple St.<br>  Los Angeles, CA |

**TO THE HONORABLE DEBORAH SALTZMAN, UNITED STATES BANKRUPTCY JUDGE:**

David K. Gottlieb, the chapter 7 trustee ("Trustee") for the bankruptcy estate of Orange Courier, Inc. ("Debtor"), hereby files his response to the motion ("Motion") filed by The Huntington National Bank ("Bank") for an order confirming that the stay is not in effect as to four (4) pieces of personal property which are identified in the Motion as: (1) 2022 Kenworth, VIN

1

1XKYD49X3NJ171619; (2) 2021 Kenworth T800 VIN 1XKDD49X4MR452567, (3) 2021 Kenworth T800 VIN 1XKDD49X2MR452566, and (4) 2019 Peterbilt 389 VIN 1XPXD49X3KD493922 ("Vehicles"). All capitalized terms used herein shall have the meanings given in the Motion unless otherwise stated. In support of his response to the Motion, the Trustee respectfully represents as follows:

1. The Bank, as assignee to Envision, purportedly financed the Debtor's purchase of the Vehicles and asserts purchase money security interests in the Vehicles. As such, the Bank presumably holds all of the certificates of title to the Vehicles.

2. The Trustee was appointed on March 18, 2026. Following his appointment, the Trustee engaged Tiger Capital Group ("Tiger") as his auctioneer to sell all of the vehicles and related machinery and equipment that is owned by the estate and can be sold. As part of its engagement, Tiger has taken a full physical inventory of all vehicles and related machinery and equipment located at the Debtor's three (3) business facilities located in La Mirada, CA, Wilmington, CA and Bakersfield, CA which can be sold by the estate.

3. Based on the physical inventory conducted by Tiger, the Trustee has learned that the Debtor was not in possession of any of the Vehicles other than the 2022 Kenworth, VIN 1XKYD49X3NJ171619 (the "VIN 1619"). Neither the Trustee nor Tiger has any knowledge as to the locations or the whereabouts as to the Vehicles (other than VIN 1619) or any information as to the alleged prior transfer of the Vehicles to a third party by the Debtor.

4. Based on the foregoing, the Trustee has no objection to the granting of the relief requested by the Bank as to the Vehicles other than VIN 1619 so that the Bank can exercise its rights and remedies with respect to the Vehicles other than VIN 1619.

5. With respect to VIN 1619, the Trustee and the Bank have reached an agreement whereby VIN 1619 will be sold by Tiger as part of the auction sale process that has already begun, that the amount to payoff the Bank with respect to VIN 1619 will be $38,000 which will also be the minimum bid set for the item at the auction sale, and that the Bank will be paid the payoff amount of $38,000 upon the close of the auction, with the estate retaining all sale proceeds in excess of the payoff amount. As a result of this agreement, the Motion should be

denied with respect to VIN 1619.

DATED: April 30, 2026          LEVENE, NEALE, BENDER, YOO & GOLUBCHIK, L.L.P.

By:    /s/ Monica Y. Kim
              MONICA Y. KIM
Attorneys for David K. Gottlieb, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **Chapter 7 Trustee's Response To Motion By The Huntington National Bank For Order Confirming Stay Not In Effect As To Certain Personal Property** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 30, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Eric Bensamochan    eric@eblawfirm.us,
  G63723@notify.cincompass.com;services@infotrack.com;paulinab@eblawfirm.us**
- **Marcella Rose Chambers    mchambers@mckassonklein.com, ktanaka@mckassonklein.com**
- **Luis Chaves    luis@ksgklaw.com, fileserve@ksgklaw.com**
- **Jennifer Witherell Crastz    jcrastz@hrhlaw.com**
- **William P. Fennell    william.fennell@fennelllaw.com,
  william.fennell@fennelllaw.com;samantha.larimer@fennelllaw.com;naomi.cwalinski@fennelllaw.com;office@fennelllaw.com;hala.hammi@fennelllaw.com;wpf@ecf.courtdrive.com**
- **Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,andrea@flpllp.com**
- **D Max Gardner    dmgardner@dmaxlaw.com**
- **Marshall F Goldberg    mgoldberg@glassgoldberg.com, jbailey@glassgoldberg.com**
- **David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com,
  dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@title xi.com**
- **Alan Craig Hochheiser    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com**
- **Monica Y Kim    myk@lnbyg.com, myk@ecf.inforuptcy.com**
- **Stephanie L Krafchak    krafchak.stephanie1@gmail.com, krafchak.stephanie1@gmail.com**
- **Sherry Anne Lear    slearattorney@gmail.com**
- **Elan S Levey    elan.levey@usdoj.gov,
  usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov**
- **Noreen A Madoyan    Noreen.Madoyan@usdoj.gov, David.S.Shevitz@usdoj.gov**
- **Michael N Nicastro    courtfiling@nicastropc.com**
- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**
- **Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com**

**2. SERVED BY UNITED STATES MAIL**: On **April 30, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ *Additional service on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 30, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ *Additional service on attached page*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 30, 2026 | J. Klassi | /s/ J. Klassi |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                **F 9013-3.1.PROOF.SERVICE**